UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

DELBERT M. GREENE, NELVIN WARE
JACOB SANCHEZ    , AARON DANIELS
VINCENT PINDER    , CARLOS RAVES
JONATHAN ALBAY    , MICHEAL WILLIAMS
LAUSTEVENION JOHNSON, JUAN DIAZ
DAVID TURNER    , JUAN VACA
▉▉▉▉▉▉▉▉▉▉, SIKIA SMITH
DOMONIC MALONE    , MARSHALL GREEN
MICHEAL McLAMORE, MARCUS BUCHANAN
ASHLEY BENNETT    , HORACE HOUSTON
JOSEPH HENDERSON    , DAVID ABBATT
ELOY SALDANA-PADILLA, ROBERT LISENBEE
THOMAS NEVILLS    , MARSHALL GREENE
SHAQILILLE HAZELWOOD, CHARLES SUMMERS
MARCUS BUCHANAN    , ARTHUR SMITH
ANTHONY STIGER    , TONY O. BROWN
TRIWAN ALLEN    , RASHON K. KING
EKOMA IGBINOVIA    , FRANK SMITH
PERRY HILL    , MILTON ENNIS
RONALD DUCKSWORTH    , JULIUS LUDWIG
CHARLES NELSON    , BOBBY THOMAS
LINAL MORRIS    , JASON MATHIS

        PLAINTIFFS,

    VS.

THE STATE OF NEVADA, DEPARTMENT OF
CORRECTIONS-DIRECTOR OF PRISONS
JAMES G. COX, JOHN DOE, JANE DOE.

        DEFENDANT(S).

CASE NO.

OPEN CLASS ACTION SUIT
CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

JURY TRIAL DEMANDED

**3:15-cv-00300**

## A.   JURISDICTION

1.)      THIS COMPLAINT ALLEGES THAT THE CIVIL RIGHTS OF PLAINTIFFS LISTED ABOVE IN THIS "OPEN" CLASS ACTION al.et. WHO PRESENTLY RE-SIDES AT ELY STATE PRISON/SOUTHERN DESERT CORRECTIONAL CENTER/ HIGH DESERT STATE PRISON/NORTHERN NEVADA CORRECTIONAL CENTER/ AND ALL FACILITIES UNDER THE CARE-COSTUDY OF DEFENDANTS, WERE VIOLATED BY THE ACTIONS OF THE BELOW NAMED INDIVIDUALS WHICH WERE DIRECTED AGAINST PLAINTIFF'S AT STATE OF NEVADA DEPARTMENT OF CORRECTIONS. ON THE FOLLOWING DATES.

COUNT I EXTORTION/RACKETEERING _____ 1/1995

COUNT II LAUNDERING/RACKETEERING _____ 1/1995

COUNT III EMBEZZLEMENT/RACKETEERING _____ 1/1995

**Make a copy of this page to provide the below
information if you are naming more that five (5) defendants**

2)    Defendant _JAMES COX_ resides at _39 W. RUSSELL Rd._,
         (full name of first defendant)         _LAS VEGAS, NV 89118_
                                                    (address of first defendant)

and is employed as _DIRECTOR OF N.D.O.C._. This defendant is sued in his/her
                          (defendant's position and title, if any)

   _X_ individual  _X_ official capacity. (Check one or both).  Explain how this defendant was

acting under color of law: _DEFENDANT WAS DIRECTOR OF NEVADA DE-_

_PARTMENT OF CORRECTIONS_.


3)    Defendant _JOHN DOE_ resides at _____,
         (full name of first defendant)         (address of first defendant)

and is employed as _____. This defendant is sued in his/her
                          (defendant's position and title, if any)

   _X_ individual  _X_ official capacity. (Check one or both).  Explain how this defendant was

acting under color of law: _____

_____.


4)    Defendant _JOHN DOE_ resides at _____,
         (full name of first defendant)         (address of first defendant)

and is employed as _____. This defendant is sued in his/her
                          (defendant's position and title, if any)

   _X_ individual  _X_ official capacity. (Check one or both).  Explain how this defendant was

acting under color of law: _____

_____.


5)    Defendant _JANE DOE_ resides at _____,
         (full name of first defendant)         (address of first defendant)

and is employed as _____. This defendant is sued in his/her
                          (defendant's position and title, if any)

   ___ individual  ___ official capacity. (Check one or both).  Explain how this defendant was

acting under color of law: _____

_____.

§1983-Form
eff. 1/97                              2

6)    Defendant _____ resides at _____,
                    (full name of first defendant)              (address of first defendant)

and is employed as _____. This defendant is sued in his/her
                         (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both).  Explain how this defendant was

acting under color of law: _____

_____.

7)    Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish

to assert jurisdiction under different or additional statutes, list them below.

*(18 USCS 1951) (USCS 26 7201 OR 7206) (26 AM J2d EMBEZ § 31) (USC 1956; 1957; 1952) (NRS 209.241-246-243 ETC.) (INTERNAL REVENUE CODE OF 1986)*

---------------------------------------------

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

*ACCORDING TO N.D.O.C., EVERY INMATE SUPPOSE TO RE-CEIVE INTEREST BACK ON THEIR SAVING ACCOUNT DIRECTED TO THEIR TRUST ACCOUNT; N.D.O.C/DIRECTOR JAMES COX HAS BEEN WITH-HOLDING THE INTEREST THAT BELONGS TO THE INMATES, DIGUISING THE ACCOUNT IN DIFFERENT STATES AND NOT PROVIDING THE INMATES WITH INFORMATION ON THEIR SAVING ACCORDING TO NRS 209.241-243-246, GIVING THE INMATES A MONTHLY STATMENT THAT DO NOT PROVIDE THE INFO THEY SWORE THEY WERE GIVING TO US ALL, EVERY INMATE HAVE PROOF, THATS WHY THIS SUIT IS OPENED FOR ALL INMATES IN NEVADA. 20 YEARS OF LIES AND STEALING THE FUNDS OF INMATES INTEREST.*

---------------------------------------------

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: *THE FIFTH (5) AMENDMENT UNDER THE TAKINGS CLAUSE OF JUST COMPENSATION/DEPRIVED OF PROPERTY AND BY N.D.O.C "EXTORTING/LAUNDERING/RACKETEERING OF INMATES FUNDS.*

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

*PLAINTIFF(S) BRINGS FORTH A VIOLATION OF THEIR CONSTITUTIONAL RIGHTS, WHEN PRISON OFFICIALS UNDER DIRECT ORDER OF JAMES COX THE DIRECTOR, ARE ILLEGALLY WITH-HOLDING THE INTEREST FROM INMATES TRUST SAVINGS ACCOUNT; IN ONE ACCOUNT AS A WHOLE TO GENERATE A LARGE AMOUNT OF CAPITAL THAT BELONGS TO THE INMATE(S).*

*ONCE AN INMATE RECIEVES MONEY FROM FAMILY-FRIENDS AND WORK ASSIGNMENTS ECT. A PERCENTAGE IS PLACED IN A PERSONAL BANKING ACCOUNT. THE INMATES TRUST SAVING ACCOUNT IS FORBIDDEN TO BE TOUCHED OR USED BY THE INMATE, UNLESS ITS FITTING FOR THE DEPARTMENT OF CORRECTIONS TO SAY SO!*

*UNDER THE 5TH AMENDMENT, ANY AND ALL PERSONAL PROPERTY SHALL NOT BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION. (NDOC) HAS TOOK CONTROL OF PERSONAL PROPERTY BELONGING TO [ALL] INMATES IN THE NEVADA DEPARTMENT OF CORRECTIONS WITHOUT JUST COMPENSATION TO THE INMATES. BUT; NDOC HAS USED THIS INTEREST OF THE INMATES TO THEIR AVAIL STATING IT IS FOR THE MAINTANENCE FEE'S. REFUSING TO GIVE ANY AND ALL INMATE(S) A STATUS UP-DATE OF THE INTEREST ON THEIR FUNDS IN ONE ACCOUNT [BUT] ONLY GIVE INMATES A MONTHLY REPORT OF THEIR SPENDING AND WHAT THEY MIGHT BE MAKING AT THEIR JOB ASSIGNMENTS.*

## "COUNT ONE"

DEFENDANTS HAVE BEEN USING INTEREST EARNED OFF OF PRISONERS PERSONAL SAVINGS FUNDS FOR PRISONERS RE-CREATION AND LAW LIBRARY EXPENSES SINCE (1981), WITHOUT THE PERMISSION OF THE INMATES ACCORDING TO THE FIFTH (5TH) AMENDMENT. "AND THE COST TO MAINTAIN THE ACCOUNT";

N.D.O.C. CONTENDS THAT ANNUAL AUDITS GAVE THE LEGISLATURES CONSTRUCTIVE NOTICE OF THIS PRACTICE, AND THAT THE LEGISLATURE ARE FAILURE TO OVER RULE THIS PRACTICE AND CONSTITUTES TACIT APPROVAL. HOWEVER; DEFENDANTS CITE NO AUTHORITY TO SUCH A TAKING, NOR, WAS THERE A WAIVER OF ANY APPROVAL BY THE INMATES. (TAKING CLAUSE 5TH AMENDMENT).

ACCORDING TO THE N.D.O.C. INMATE FISCAL PROCEDURES THE INMATES SAVINGS INTEREST WILL BE CALCULATED ON THE WEEKLY AVERAGE ACCOUNT BALANCE FROM THE INMATES TRUST, TRUST 2, AND SAVINGS ACCOUNT POR-TION OF THE INMATES ACCOUNTS IN THE INMATES PERSONAL PROPERTY FUNDS.

THE ABOVE SAID ACTIONS IS NOT TAKING PLACE ACCORDINGLY, AND WITH THE LACK OF ANY DOCUMENTATION-RECIEPTS-OR STATEMENTS BRINGS FORTH THE ISSUE OF "EXTORTION".

N.D.O.C. IS GAINING INTEREST OFF OF EVERY INMATES SAVINGS AC-COUNT/PERSONAL PROPERTY WITHOUT CONSENT FROM ANY INMATE. ALL THE WHILE N.D.O.C. IS SHOWING GOOD CAUSE ON FISCAL PROCEDURES.

PLACED IN EVERY UNIT IS A SUMMARY BUDGET REPORT STATUS REPORT INDICATING WHERE FUNDS ARE PLACED, BUT. ONCE AGAIN THERE IS NO MENTIONING OF OUR INTEREST/OF OUR SAVINGS INTEREST BUDGET.

IN McINTYRE V. BAYER 339 F.3d 1097 (2003). THE COURTS OVERVIEW STATES; "THE COURT FOUND THAT THE TRANSFER OF INTEREST EARNED ON THE POOLED RESOURCES OF THE PRISONERS PROPERTY FUND DID EFFECT A TRANSFER OF THE INTEREST EARNED FROM THE PRISONERS TO THE STATE. WHATS NOT CLEAR ON THE RECORD WAS WHETHER THE INTEREST EARNED BY THE INMATES PRICIPAL WAS EXCEEDED BY HIS SHARE OF THE COSTS, OF ADMINISTERING THE PRISONERS PERSONAL PROPERTY FUNDS."

THIS INFORMATION WAS NEEDED IN ORDER TO DETERMINE WHETHER THE DIRECTOR HAD TAKEN THE INMATES INTEREST WITHOUT JUST COMPENSATION.

THE PLAINTIFF(S) UTILIZED THE NECESSARY GRIEVANCE PROCEDURES TO OBTAIN INFORMATION ON OUR SAVINGS ACCOUNT. TO OUR KNOWLEDGE ALL OUR FUNDS ARE IN ONE ACCOUNT ESTABLISHING A GREAT AMOUNT OF BUILD-UP INTEREST. WE THE PLAINTIFFS BELIEVE THAT N.D.O.C. IS (RACKETEERING-EXTORTING-MISSAPPROPRIATE USE OF INMATES FUNDS, BECAUSE N.D.O.C. HAS USED THE ASSISTANCE OF THREE (3)

DIFFERENT BANKINGS IN THREE DIFFERENT STATES; NEVADA-CALIFORNIA-MISSOURI; WITHOUT ANY STATUS REPORTS TO THE INMATES. WE BELIEVE THAT:(USC § 1956 LAUNDERING OF MONETARY INSTRUMENTS) IS IN VIOLATION OF THE INTERNAL REVENUE CODE OF 1986, [26 USCS 7201 OR 7206] THE TRANS-ACTIONS ARE CONCEALED OR DISGUISED FROM ALL INMATES AND THE NATURE OF LOCATION IS TRANSFORMED TO DIFFERENT STATES WITHIN THE UNITED STATES.

PLAINTIFFS ALLEGATIONS IS BASED OFF MATERIAL [FACTS] BEING THAT OUR MONTHLY STATMENTS ARE A BANKING & TRACT RECORD OF TRACABLE FUNDS. THERE IS ABSOLUTELY NO MENTIONING OF OUR INTEREST FUNDS OR EVEN WHERE OR WHAT IT'S BEING USED FOR.     "FACT"

N.D.O.C. DO NOT HAVE THE PERMISSION OF ANY INMATE, FOR N D O C TO USE, TRANSFER, OR DO AS THEY PLEASE WITH OUR PERSONAL PROPERTY ACCORDENCE WITH THE 5TH FIFTH AMENDMENT AND CASE LAW OF:

TELLIS V. GODINEZ, 5 F.3d 1314 (1992)

MCINTYRE V. BAYER, 339 F.3d 1097 (2003)

## COUNT II

The following civil right has been violated: *THE FIFTH (5) AMENDMENT UNDER THE TAKINGS CLAUSE OF JUST COMPENSATION/FOURTEETH (14) AMENDMENT DUE-PROCESS EQUAL PROTECTION OF THE LAWS, RACKETEERING/EMBEZZLE- MENT/LAUNDERING.*

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

*THROUGHOUT THE ENTIRE N.D.O.C. SYSTEM, NOT ONE INMATE HAS SEEN NOR EXPERIENCED THE DIRECTOR CREDIT ANY INDIVIDUAL INMATE BACK THEIR INTEREST RATE FROM THE FUNDS IN THEIR (SAVINGS ACCOUNT) "ONE WHOLE ACCOUNT" AS A BODY OF INMATES IN THIS ONE ACCOUNT, N.D.O.C. OVER A ENTIRE SPAN OF 20 YEARS. THE DIRECTOR/N.D.O.C. HAS KEPT FROM EVERY INMATE FUNDS OWED TO THEM, BY WAY OF THIS STATUTE ACCORDING TO NRS 209.241 (a)*

*AS AN ENTIRE BODY OF PLAINTIFFS, THE COST OF ADMINISTERING THE INMATES PERSONAL PROPERTY FUND HAS NEVER BEEN GIVEN TO ANY INMATE AS PROMISED IN N.D.O.C.'s AR 258 QUARTERLY, SINCE THE BE- GINNING OF THIS RULE/ADMINISTRATIVE REGULATION AND THEREFORE, VIOLATES EVERY INMATES RIGHTS UNDER THE 5TH AND 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION. TO DEPRIVE THE BODY OF INMATES FROM THEIR PERSONAL PROPERTY WITHOUT DUE PROCESS OF THE LAW:*

*McINTYRE v. BAYER, 339 F.3d 1097 (9TH Cir 2003)*

*EACH OFFENDER AND ALL OFFENDERS AS A "WHOLE" BODY SHOULD HAVE ACCUMULATED A GREAT AMOUNT OF INTEREST IN ONE ENTIRE ACCOUNT, IN WHICH EVERY OFFENDER BEING RELEASED OR DIES SHOULD HAVE MORE THEN #200 DOLLARS IN THEIR SAVINGS ACCOUNT; BEING THAT N.D.O.C. HAS TRANSFERED THE ACCOUNT OF INMATES FUNDS TO THREE (3) DIFFERENT STATES/(3) DIFFERENT BANKS, THIS IS A*

## "COUNT TWO"

VIOLATION OF 18 USCS 1951 THE HOBBS ACT: A RACKETEERING EFFECT UPON EACH INDIVIDUALS SAVINGS ACCOUNT BECAUSE, N.D.O.C. HAS HIDE THE BANKING RECORDS FROM ALL INMATES OVER A 20 YEAR PERIOD OF TIME AND FALSIFIED DOCUMENTS EACH MONTH TO EVERY INMATE IN THE STATE OF NEVADA WITH A MONTHLY REPORT THAT DON'T SHOW MAINTRAKE FEE'S/ACTIVITY OF INTREST ACTS OF THE INMATES SAVINGS ACCOUNT! UNITED STATES v. CULBERT 98 S.CT 1112 (1978).

EACH INMATE/INDIVIDUAL THAT HAS FUNDS SENT TO US BY FAMILY AND FRIENDS GOE'S DIRECTLY TO A BANK IN MOUSSI TO BE PROCESSED FOR SCREENING ACCORDENCE TO F.D.I.C. WHEN AN AMOUNT OF MILLIONS OF DOLLARS IS HELD IN A ACCOUNT FOR A PERIOD OF TIME, THE INTEREST IS GENERATED AND HANDED BACK OVER TO THE ACCOUNT HOLDER: THAT HOLDER IS N.D.O.C. THERES A ACCURE TO THE MONEY OF EACH INMATE/INDIVIDUAL [BUT] WHEN $500 OR LESS FUNDS ARE BEING HELD IN A BANK FOR MULTIBLE YEARS THERE IS DEFINATELY AN ACCURE TO EVERY INMATES ACCOUNT.

THEREFORE; NOT ONE INMATE IS SEEING THE INTEREST OFF THEIR MONEY OVER THE PAST 20 YEARS THAT WAS PROMISSED TO THEM BY AR 258. WHICH IS EXTORTION: N.D.O.C. STATES THAT THEY ARE HOLDING EACH INMATES SAVING FUNDS IN A BANK BUT, DO NOT PROVIDE BANKING STATMENTS OF THE TRANSACTION. ONLY ONCE A YEAR SHOWING A "WHOLE ENTIRE BODY OF FUNDS" ONCE EVERY FICIAL YEAR, FROM A SUMMARY BUDGET STATUS REPORT, OFFENDERS STORE FUNDS & INMATE WELFARE ACCOUNT.

WHEN N.D.O.C/DIRECTOR COMBINED EVERY INMATES SAVINGS ACC- OUNT IN ONE ACCOUNT, THEY COLLECTED INTEREST AS A (WHOLE) FOR THE ENTIRE DEPARTMENT OF CORRECTIONS PRISONERS, MAKING THIS SUIT A CLASS- ACTION "OPEN" TO ALL INMATES, AND THEREFORE; EXTORTED THE INMATES IN- TEREST FUNDS INTO THE PERSONAL NEEDS OF N.D.O.C. USING INMATES FUNDS FOR THEIR OWN PERSONAL GAIN! WITHOUT THE CONSENT, KNOWLEDE PERMISSION OF ANY INMATE. NOT ONE INMATE WAS AWARE OF THE ACTIONS OF N.D.O.C/THE DIRECTORS INTENTIONS WHEN THEY TRANSFERED FUNDS TO THREE (3) DIFFERENT BANKS AND NEVER GAVE NOTICE TO THE PRISONERS OF NEVADA.

N.D.O.C. CAN NOT GIVE A INMATE A SAVINGS ACCOUNT AND WITH- HOLD INFORMATION ON THAT ACCOUNT [PLUS] WE THE PLAINTIFFS NEVER AGREED TO ALLOW N.D.O.C TO SAVE OUR FUNDS IN A SAVINGS ACCOUNT THAT MUST BE ESTABLISHED ONCE AN INMATE ENTERS THE THRESHOLD OF N.D.O.C. IF NOT AGREED BY THE INMATES THEN N.D.O.C HAS AUTOMATICALLY COMMITTED RACKETEERING-EXTORTION-WITH THE INTENT TO EMBEZZLE AND LAUNDERING N.D.O.C. ALLOWED EACH INMATES U.S. CONSTITUTIONAL 5TH AMENDMENT RIGHT TOBE COME ACTIVE ONCE THEY ALLOWED US THE RIGHT TO OWN PROPERTY.

WE BELIEVE THAT: (USCS 1956 LAUNDERING OF MONETARY INSTRUMENTS) IS IN VIOLATION OF THE INTERNAL REVENUE CODE OF 1986 [26 USCS 7201 OR 7206] THE TRANSACTIONS ARE CONCEALED AND DIGUISED FROM ALL IN-MATES AND THE NATURE OF LOCATION IS TRANSFORMED TO DIFFERENT STATES WITHIN THE UNITED STATES.

THE HOBBS ACT (18 USCS 1951) ESTABLISHING THAT N.D.O.C VIOLATED EXPRESS TERMS OF ACT: UNITED STATES V. CULBERT, 435 US 371,55 L Ed 2d 349, 98 S.CT 1112 (1978) RACKETEERING.

THE DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS IS THE EXECUTOR OF N.D.O.C. BAILEE-TRUSTEE-CARRIER PRIVATE PERSON OVER SEER OF NEVADA INMATES PERSONAL ACCOUNTS DEALING WITH FUNDS OF EACH INDIVIDUAL DIRECTOR JAMES COX IS IN POSSESSION ACTING IN A FIDUCIARY CAPACITY OR CHARACTER, OF MONEY OR PROPERTY THAT HAS BEEN ENTRUSTED TO HIM BY THE STATE OF NEVADA "NOT" INMATES.

# COUNT III

The following civil right has been violated: *THE FIFTH (5TH) AMENDMENT UNDER TAKINGS CLAUSE OF JUST COMPENSATION/FOURTEENTH (14TH) AMENDMENT DUE-PROCESS EQUAL PROTECTION OF THE LAWS; RACKETEERING/EXTORTION*

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

PLAINTIFFS BRINGS FORTH A 5TH & 14TH AMENDMENT VIOLATION, WHERE THE DIRECTOR IS USING ADMINISTRATIVE REGULATION 258 TO CONTROL AND TAKE PERSONAL RESPONSIBILITY OF INMATES FUNDS USING THE AUTHORITY OF N.R.S. 209 — ECT.;

THE OFFENSE OF EMBEZZLEMENT COMMITTED BY ONE IN POSSESSION OF THE CONVERTED OR MISAPPROPRIATED PROPERTY/MONEY AS BAILEE.

DIRECTOR, JAMES COX IS ACTING BAILEE FOR NDOC INMATES AND GIVEN HIM SOLE AUTHORITY OVER THE INTEREST FUNDS OF ALL INMATES AND HAS EMBEZZLED AND CONVERTED TO HIS OWN PERSONAL USE OF PLAINTIFFS PERSONAL PROPERTY. THIS IS A STATUTORY OFFENSE OF FRAUDULENT MISAPPROPRIATION AND CONVERSION BY AN AGENT OF THE STATE OF NEVADA THAT HAS BEEN ENTRUSTED IN HIM, WHO HAS BEEN TRIFFLING FUNDS WITH THE INTENT OF EMBEZZLEMENT OF EVERY INMATES PERSONAL SAVINGS ACCOUNT. THE NEV. REV. STAT 209.241 (1) (1995) STATES "THAT INMATES ARE ENTITLED TO MAKE WITHDRAWAL FROM THERE TRUST ACCOUNTS FOR PERSONAL NEEDS. AND CAN ALSO SEND CHECKS OUTSIDE THE PRISON THAT ARE DRAWN ON SUCH ACCOUNTS." ON THE OTHER HAND, THE STATE IS REQUIRED TO KEEP A FULL AND ACCURATE ACCOUNT OF INMATES MONEY, WITH THAT BEING SAID, THERE IS NO RECORD OF THE USE OR WHERE.

--------------------------------------------------

# "COUNT THREE"

OUR MONEY IS BEING HELD. THERE IS NO INDICATION ON HOW MUCH INTEREST IS BEING BUILT — NEITHER HAS ANY INTEREST WAGES BEEN SENT TO OUR TRUST ACCOUNT AS REQUIRED BY (NRS 209.241-243-246) WHEN CON-SIDERING PRISON ACCOUNTS, THE INTEREST INCOME GENERATED BY THE ACCOUNTS CONSTITUTES A PROPERTY INTEREST AND SUFFICIENTLY WITHHOLDS THE 5TH AMENDMENT.

THE TAKINGS CLAUSE IS FUNDAMENTALLY SOUND ALONG WITH THE 14TH AMENDMENT TO SAFE GUARD OUR CONSTITUTIONAL RIGHTS AGAINST UN-NECESSARY EVILS.

THE HOBBS ACT (18 USCS 1951) ESTABLISHING THAT N.DOC HAS VIOLATED EXPRESSED TERMS OF ACT: BY USING A BODY OF INMATES FUNDS TO DO WHAT THEY WANT WITH IT, DISREGARDING THE TRUST IN THEM IN OFFICIAL OFFICE! UNITED STATES V. CULBERT, 435 US 371. 55 L Ed 2d 349, 98. S.CT 1112 (1978) RACKETEERING.

CIVIL COMPLAINT WILL BE AMENDED AT A LATER DATE!

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ___Yes  _X_ No.  If your answer is "Yes", describe each lawsuit.
(If more than one,  describe the others on an additional page following the below outline).

    a)    Defendants: _____

    b)    Name of court and docket number: _____

    c)    Disposition (for example, was the case dismissed, appealed or is it still pending?):

        _____

    d)    Issues raised: _____

        _____

        _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to
be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
___Yes  _X_ No.  If your answer is "Yes", describe each lawsuit. (If you have had more than
three  actions dismissed based on the above reasons,  describe the others on an additional
page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

    b)    Name of court and case number: _____.

    c)    The case was dismissed because it was found to be  (check one):  ___ frivolous
        ___ malicious  or  ___ failed to state a claim upon which relief could be granted.

    d)    Issues raised: _____

        _____.

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be  (check one): ____ frivolous

       ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

       _____.

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be  (check one): ____ frivolous

       ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

       _____.

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures?  _X_ Yes  ___ No.  If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ____ state or federal court decision;  (3) ___ state or federal law or regulation;  (4) ___ parole board decision;  or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed  _ELY STATE PRISON_____.

Response to grievance: _MAINTANANCE FEES DO NOT ALLOW US TO RECEIVE ANY INTEREST BACK ON OUR ACCOUNT; SOME PEOPLE WAS TOLD "NO" THEY CAN'T HAVE IT — THIS IS A CLASS-ACTION OPEN LAW SUIT FOR ALL NEVADA PRISONERS_____

---------------------------------------------------

## E.  REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1.) ALL COURT COST: THE FILING OF THIS COMPLAINT AND DOCUMENTS HEREINAFTER THIS CASE DEEMED NECESSARY BY THE COURT.

2.) ALL ATTORNEY FEE'S SURROUNDING MOTIONS, DOCUMENTS, INVESTIGATIONS, MISCELL-ANEOUS SPENDING IN COPY WORK ETC.

3.) FOR ALL PRISONERS TO BE ABLE TO SPEND THEIR SAVING FOR NECESSARY NEEDS TO SUPPORT THEMSELVES BECAUSE N.D.O.C DON'T FULFILL THEIR OBLIGATIONS, AS A WARD OF INMATES ACCORDING TO LAW.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**  See  28 U.S.C. § 1746 and 18 U.S.C. § 1621.

DELBERT M. GREENE (AND) PLAINTIFFS
(Name of person who prepared or helped
prepare this complaint if not Plaintiff )

(Signature of Plaintiff)

4/ 30 / 2015
(Date)

------------------------------------------------
(Additional space if needed; identify what is being continued)

4) PECUNIARY COMPENSATION: FOR SUFFERING UNLAWFUL ACTS OR OMISSION OR NEGLIGENCE: # 500,000 THOUSAND DOLLARS.

5.) TO RESTRUCTURE THE LAW TO FIT THE NEEDS OF SECURING ALL INMATES FUNDS WHILE UNDER THE AUTHORITY OF N.D.O.C. SO THIS WONT HAPPEN AGAIN.

6) NOMINAL DAMAGES: FOR THE TECHNICAL INVASION OF INMATES RIGHTS AND THE BREACH OF AR 258: # 1,000,000 MILLION DOLLARS.

7.) PUNITIVE DAMAGES: FOR OPPRESSION-MALICE-FRAUD-FALSIFING DOCUMENTS-CONSTITUTIONAL VIOLATIONS — 20 YEARS OF CONTINUOUS DECEIT AND OVER CHARGING FOR PERSONAL GAIN: # 100,000,000 MILLION DOLLARS

THIS LAW SUIT IS SUBJECT TO CHANGE TO ENSURE THE INMATES OF NEVADA THAT WE WILL RECEIVE FAIRNESS AND THE RIGHT REPRESENTATION OF EQUAL PROTECTION OF THE LAW

Class-Action suit on the interest Rate of inmates personal savings funds
Extortion/Embezzlement/Racketeering and money Laundering.

| # | Name | Number | # | Name | Number |
|---|------|--------|---|------|--------|
| 1 | Delbert Greene | 78774 | 45 | BOBBY THOMAS | 16432 |
| 2 | Aaron Daniels | 83286 | 46 | LINAL MORRIS | 1112732 |
| 3 | Carlos S. Reyes | 1019931 | 47 | CHARLES NELSON | |
| 4 | Vincent Pinder | 71896 | 48 | JASON MATHIS | 1025868 |
| 5 | Jonathan Albay | 1066776 | 49 | KELVIN JOHNSON | 1032537 |
| 6 | David Turner | 1027534 | 44 | GERALD OSBY | 1087836 |
| 7 | Micheal Williams | 63077 | 45 | | |
| 8 | Lausteveion Johnson | 82138 | 46 | | |
| 9 | Juan Diaz | | 47 | | |
| 10 | Sikia Smith | 63405 | 48 | | |
| 11 | Domonic malone | 69418 | 49 | | |
| 12 | melvin ware | 76234 | 50 | | |
| 13 | Jacob sanchez | 1031523 | 51 | | |
| 14 | Horace C. Houston | 78542 | 52 | | |
| 15 | Eloy Padilla-Saldana | 54361 | 53 | | |
| 16 | David abbatt | 81673 | 54 | | |
| 17 | Robert lisenbee | 62221 | 55 | | |
| 18 | Thomas nevius | 17789 | 56 | | |
| 19 | Rashon Kalani-Kai King | 84661 | 57 | | |
| 20 | Taiwan Allen | 80476 | 58 | | |
| 21 | Tony O. Brown | 69493 | 59 | | |
| 22 | anthony stiger | 1115355 | 60 | | |
| 23 | marcus Buchanan | 93613 | 61 | | |
| 24 | Juan vaca | 1083889 | 62 | | |
| 25 | Joseph Henderson | 67224 | 63 | | |
| 26 | Arthur smith | 35723 | 64 | | |
| 27 | Shaquille Hazelwood | 1038558 | 65 | | |
| 28 | Ashley Bennett | 73265 | 66 | | |
| 29 | charles summers | 86756 | 67 | | |
| 30 | michael mclemore | 1007560 | 68 | | |
| 31 | ~~christopher smith~~ | ~~1000476~~ | 69 | | |
| 32 | MARSHALL GREENE | 1125257 | 70 | | |
| 33 | ENOMA IGBINOVIA | 56141 | 71 | | |
| 34 | FRANK SMITH | 1037349 | 72 | | |
| 35 | PERRY HILL | 89679 | 73 | | |
| 36 | RONALD DUCKSWORTH | 41371 | 74 | | |
| 37 | MILTON ENNIS | 94402 | 75 | | |
| 38 | JULIUS LUDWIG | 1045653 | 76 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DELBERT M. GREENE SR.                : Case No.:
                                     :
            Plaintiff,               : DECLARATION/AFFIDAVIT FOR CLASS
                                     : ACTION SUIT
      vs.                            :
                                     :
STATE OF NEVADA                      :
DEPARTMENT OF CORRECTIONS            :
            Defendant                :
_____:


      I,   DELBERT GREENE            , HEREBY DECLARE:

THAT I HAVE FUNDS IN MY SAVINGS ACCOUNT THAT IS BEING

HELD BY N.D.O.C. AND THAT I HAVE TRIED TO OBTAIN MY

INTEREST OF MY FUNDS — IN WHICH I HAVE BEEN DENIED

LIED TO AND EXTORTED OUT OF MY FUNDS: THE DEPART—

MENT OF CORRECTIONS (N.D.O.C.) HAS DISGUISED A MONTHLY

STATEMENT OF MY FUNDS BY [NOT] SHOWING THE INTEREST

OFF MY PERSONAL SAVINGS ACCOUNT — BUT HAVE COMBINED

MY ACCOUNT WITH 40,000 THOUSAND OTHER INMATE'S AND

COLLECTING THE INTEREST FOR THEM SELVES — THEY ARE

BANKING IN THE STATE OF ST. LOUIS, MO AND HAVE NOT PRO—

VIDED ME WITH A STATEMENT OF INTEREST! I BELIEVE

THAT N.D.O.C. IS IN VIOLATION OF USCS § 1956 LAUNDERING

OF MONETARY INSTRUMENTS, CONSTITUTING A VIOLATION OF SEC—

TION 7201 OR 7206 OF THE INTERNAL REVENUE CODE OF 1986 [26

USCS 7201 OR 7206]   I SWEAR THAT I NEVER GAVE N.D.O.C.

PERMISSION TO OPPORATE OR DO WHAT THEY WISH WITH MY

FUNDS FOR THE PAST 15 YEARS. ON MY MONTHLY STATEMENT

N.D.O.C. DO NOT PROVIDE INFORMATION TO ME OR OTHER IN-
MATES ANYTHING ABOUT OUR INTEREST RATE ON WHERE IT IS
GOING [BUT] HAS HINDERED US FROM CLOTHS, COSMEDICTS AND
WHAT IS OWED TO US BY ONE ACCOUNT.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _19TH_ DAY OF _April_, 20_15_.

IN PROPRIA PERSONA

DELBERT M. GREENE SR. # 78774

POST OFFICE BOX 1989

ELY, NEVADA 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS NEVIUS

    Plaintiff,

  vs.

STATE OF NEVADA
DEPARTMENT OF CORRECTIONS
    Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:
:

  I, _____THOMAS NEVIUS_____, HEREBY DECLARE:

I HAVE BEEN IN CARCERATED FOR OVER 33 YEARS, I HAVE A SAVING ACCOUNT THAT HAVE BEEN FILLED SINCE 2000, WITH $500 DOLLARS IN MY PERSONAL SAVINGS ACCOUNT WITH N.D.O.C. I HAVE NOT SEEN ANY INTEREST FROM MY ACCOUNT OWED BACK TO ME FROM NDOC. I AM BEING EXTORTED OUT OF MY INTEREST, AND I DON'T GIVE PERMISSION TO NDOC TO USE MY INTEREST AS THEY SEE FIT.

_(blank ruled lines)_

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___8___ DAY OF ___ApRih___, 20_15_.

_Thomas Nevius_
Thomas Nevius          'IN PROPRIA PERSONA
                    # 17789
P.O. Box 1989
Ely, State Prison

X

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ASHLEY BENNETT #73265          : Case No.:
                              :
          Plaintiff,          : DECLARATION/AFFIDAVIT FOR CLASS
                              : ACTION SUIT
     vs.                      :
STATE OF NEVADA               :
DEPARTMENT OF CORRECTIONS      :
          Defendant           :
_____   :


I, _Ashley Bennett_____, HEREBY DECLARE:
I HAVE BEEN INCARCERATED FOR 14 YEAR, AND
EVER SINCE 2003, AND IT IS 2015 I HAVE HAD
$200.00 IN MY SAVINGS ACCOUNT AND HAVE NOT BEEN
ALLOWED TO SPEND IT OR RECEIVE INTEREST OFF OF
IT. THE STATE OF NEVADA, AND THE N.D.O.C IS
RECEIVING THE INTEREST. I AM REQUESTING
THE INTEREST OWED TO ME, AND MONTHLY AND/OR
YEARLY INSTALLMENT OF FURTHER PAYMENTS

-1-

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___27___ DAY OF ___APRIL___, 20__15__.

_Ashley Bennett_
                    IN PROPRIA PERSONA
_Ashley Bennett_ # 73265
ELY STATE PRISON
P.O. BOX 1989
ELY, NV. 89301

X

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Charles A. Summers # 86756   : Case No.:
         Plaintiff,          : DECLARATION/AFFIDAVIT FOR CLASS
                   : ACTION SUIT
    vs.                 :
State of Nevada         :
Department of corrections   :
         Defendant       :

I, Charles Summers                    , HEREBY DECLARE:

I have been Locked up for the past 10 years
And have money in my saving Account That I
haven't been able to spend or Receive interest
from it. The state of nevada have been receiving
This interest as well as the N.D.O.C. I Am
Requesting The interest owed To me And monthly
And or yearly installments of further
payments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _27_ DAY OF _April_ , 20_15_ .


_Charles Summers_
                        IN PROPRIA PERSONA
Charles Summers    # 86256
Ely State Prison
P.O Box - 1989
ely nev. 89301

-2-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

_Michael McLemore #100760_

|  |  |
|---|---|
| Plaintiff, | : Case No.: |
|  | : |
| vs. | : DECLARATION/AFFIDAVIT FOR CLASS |
|  | : ACTION SUIT |
| _State of Nevada_ | : |
| _Department of corrections_ | : |
| Defendant | : |

I, _Michael McLemore_ , HEREBY DECLARE:

i have been locked up for the past 8 years
and have money in my saving account that i
haven't been able to spend or recoue interest
from, + the state of nevada have been recivied
this interest as well as the NDoc, i am
requesting the interest owed is me and
mounting and or speedy installments of
further payments

-1-

_(ruled blank lines)_

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___27___ DAY OF ___April___ , 20 __15__ .

_Michael McClenore_

IN PROPRIA PERSONA

_Michael McClenore 100860_
_Ely State Prison_
_P.O. Box 1989_
_Ely Nevada 89301_

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NELVIN WARE

        Plaintiff,

    vs.

STATE OF NEVADA
DEPARTMENT OF CORRECTION
        Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, Nelvin Ware                , HEREBY DECLARE:

Upon ENTERING INTO THE Nevada
DEPARTMENT OF CORRECTIONS, I NEVER
AGREED NOR DID I SIGN ANY DOCUMENT
ALLOWING THE DEPARTMENT OF CORRECTIONS
TO TAKE OR USE MY PERSONAL PROPERTY
AS THEY CHOOSE.

   WHEN TRYING TO OBTAIN MY FUNDS
FROM THE INTEREST OR TO SIMPLY
SPEND MY SAVINGS BECAUSE I NEED
IT FOR hygiene ITEMS, CloThes ETC.
THE DEPARTMENT OF CORRECTIONS
have denied ME access To my
own Funds.

   THE money IN my savings account
Is a "gift" I.E money SENT by Family
MEMBER/FRIENDS, WHICH THE
Nevada DEPARTMENT OF CORRECTIONS

was TAKEN hostage, collecting INTEREST ON my FUNDS along WITH EVERY OTHER PRISONER in THE PRISON SYSTEM WITH OUT our PERMISSION OR CONSENT. I have not RECEIVED ANY INTEREST ON my FUNDS SINCE INCARCERATION.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _OCT_ DAY OF _60TH_ , 20_14_ .

Nelvin Ware
Nelvin Ware #76034
IN PROPRIA PERSONA
Ely STATE PRISON
P.O Box 1989, Ely, NV 89301

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RASHON M.KING

     Plaintiff,

   vs.

STATE OF NEVADA
DEPARTMENT OF CORRECTIONS
     Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, Rashon Kalani-Kai King , HEREBY DECLARE:

I'm writing in regards of my savings account being denied to me of any access. This savings account is my personal money from working, gift coupon and money from my family. This money is collecting and being used without my consent to do as they please. N.D.O.C my trimmers are broken and i need another one in-which i would like to purchase it through my savings.

The N.D.O.C is using maintenence fee's as a result to take, steal, and mis-use my personal funds.

I have not been given the opportunity to place or use my money as i chose.

I recieve a monthly statement every month and i dont see any indication of my money being used for maintanence or restitution fees.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _10 th_ DAY OF _April_____, 20_15_ .

_Rashon King_____

IN PROPRIA PERSONA

Rashon King          # _84161_

P. O. BOX 1989

ELY, NEVADA   89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TAIWAN L. ALLEN

       Plaintiff,

  vs.

STATE OF NEVADA
DEPARTMENT OF CORRECTION

       Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, Taiwan L. Allen _____, HEREBY DECLARE:

I, have not recieved the interest from my savings account,
At anytime in the eleven years - I've been lockdown.

-1-

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS __12th__ DAY OF __April__, 20 __15__.

Taiwan Allen #80476
J. Cl                    IN PROPRIA PERSONA
                         # 80476
P.O. BOX 1889
ELY, NEVADA  89301

-2-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CARLOS SABASTIAN REYES    : Case No.:
                    :
        Plaintiff,    : DECLARATION/AFFIDAVIT FOR CLASS
                    : ACTION SUIT
    vs.              :
                    :
STATE OF NEVADA         :
DEPARTMENT OF CORRECTIONS  :
        Defendant    :
————————————————————— :

I, _Carlos Sebastian Reyes_____, HEREBY DECLARE:

UPON ENTERING INTO THE NEVADA DEPARTMENT OF CORRECTIONS I NEVER AGREED OR DID I SIGN ANY

DOCUMENT ALLOWING THE DEPARTMENT OF CORRECTIONS TO TAKE OR USE MY PERSONAL PROPERTY

AS THEY CHOOSE. THE NEVADA DEPARTMENT OF CORRECTIONS AGREED TO PAY MY RESTITUTION

WITH THE INTEREST FUNDS FROM MY SAVINGS ACCOUNT BUT WHEN I WROTE THE COURTS

ABOUT THIS MATTER — THEY REFUSE TO SEND ME ANY DOCUMENTATION SHOWING THAT

THE NEVADA DEPARTMENT OF CORRECTIONS HAS PAID ANYTHING ON MY BEHALF. WHEN TRYING

TO OBTAIN MY FUNDS FROM THE INTEREST OR TO JUST SPEND MY SAVINGS BECAUSE I NEED IT FOR

COSMETICS, CLOTHES, ETC. THE DEPARTMENT OF CORRECTIONS REFUSE TO ANSWER ME OR DENY ME

RIGHT OUT. THE MONEY IN MY SAVINGS ACCOUNT IS "GIFT" MONEY SENT BY FAMILY MEMBERS, WHICH

HAS BEEN TAXED BY THE GOVERNMENT — THE NEVADA DEPARTMENT OF CORRECTIONS IS USING MY

INTEREST FUNDS ALONG WITH TEN (10) THOUSAND OTHER INMATES TO DO WHAT THEY PLEASE

WITHOUT MY PERMISSION OR CONSENT! THE DEPARTMENT OF CORRECTIONS IS USING "MAINTENENCE"

FEES AS A RESULT TO TAKE, STEAL, AND MISUSE FUNDS FOR REASONS NOT TO GIVE INMATES

THE INTEREST OFF THEIR ACCOUNTS, BUT THEY DONT SHOW ANY MAINTENANCE FEE ON OUR MONTHLY

STATEMENTS THAT ARE GIVEN TO US EACH MONTH.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ____2ND____ DAY OF ___JUNE_____, 20_13___ .


_____

                        IN PROPRIA PERSONA
CARLOS S. REYES          # 1019931

ELY STATE PRISON

P.O. BOX 1989   ELY, NV 89301

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Lausteveion Johnson

        Plaintiff,

        vs.

State Of Nevada, Department
Of Corrections

        Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, Lausteveion Johnson Doc #.82133 , HEREBY DECLARE:

That within my 10 (TEN) years of confinement in NDOC (Nevada Department of Corrections, I have not received nor have I been allowed to spend the fund that has accumulated on the "interest" of my "savings account".

      I have been denied these funds of 10 years of accumulated interest while also being charged 8 (eight) dollar every time I requested to see medical or to request pain medication. I've also been compelled to purchase basic supplies like soap and toothpaste because the small hotel size soaps and 0.85 oz (24g) toothpaste does not last a week. And NDOC doesn't issue deodorant. NDOC does not issue soap, toothpaste, socks, boxers, sheets, clothes etc. on an "AS NEEDED BIASIS", So I am compelled to purchase these items myself or ask my peers for these items and hope for the best. So the funds accumulated from my interest is much needed, so that I can purchase the basic supplies that I need in regards to

food and clothing. etc.

I have been trying to get my interest placed back into my account since I became aware of the fact that interest was being gained and that NDOC was using this, my interest funds, as they pleased without my permission, As I have never given NDOC permission to use my accumulated interest off of my savings account.

I have been forced to go without soap, toothpaste, decent socks and boxer's for periods of time because I have not been afforded my right to use funds (Interest) created upon my own account. I've also been prevented from getting medical supplies, shoes, clothing etc. when needed. I have sought the interest accumulated on my savings account to be placed back into my account for my own usage and I have continuously and repeatedly been denied by NDOC.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___S___ DAY OF __June__ , 20_13_ .

IN PROPRIA PERSONA

Laustevion Johnson #82132

ELY STATE PRISON, P.O. BOX 1989,

ELY, NV. 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*Mr Joseph Henderson*

        Plaintiff,

      vs.

*STATE OF NEVADA*
*DEPARTMENT OF CORRECTIONS*
        Defendant

:  Case No.:
:
:  DECLARATION/AFFIDAVIT FOR CLASS
:  ACTION SUIT
:
:
:
:
:

I, *Mr Henderson Joe* , HEREBY DECLARE:

That I have money in my savings accounting that is being held by N.D.C. I have tried to obtain my interest of my Funds - and I have been denied, and extorted out of my money; the N.D.O.C has disguised, & monthly statement of my Funds by (not) showing the interest off my personal savings accounting - But have combined my savings accounts with 40.000 thousand other inmates and collecting the interest for them selve's - they are banking in the state st. Lovis, Mo and have not provided me with any statement of interest! I believe that (N.D.O.C) is in violation of U.S. C⁵ § 1956 laundering of monetary instruments, constituting a violation of section -

7201 or 7206 of the internal revenue code
of 1986 [26 U.S.C⁵ 7201 or 7206] I swear, I
never gave (N.D.O.C.) Permission to opperate
or do 0what they wish with my Funds
For the Past 8 yrs. On my Monthly
statement (N.D.O.C) do not Provide any
information to me or any inmaty abnt
the interest rate, or where the interest
is going. N.D.OC has Rendered all of
us From our Funds.

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS 24 TH DAY OF April , 20 15 .

Joseph Henderson
Joseph Henderson    IN PROPRIA PERSONA
                    # 67334
PO Box 1989
Ely, NEVADA 89301

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*HORACE C. HOUSTON*

        Plaintiff,

      vs.

~~Renee Baker~~, Warden
Department of Corrections
        Defendant

: Case No.:
:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, Horace C. Houston _____, HEREBY DECLARE:

THAT, SINCE MY INCARCERATION 2004 UNTIL THE DATE; I HAVE NOT BEEN FOUNDED BACK ANY INTEREST FROM MY SAVING ACCOUNT ACCORDING TO N.R.S. 209.241 AND N.D.O.C. POLICY; I'VE NEVER AGREED TO N.D.O.C. TO USE MY FUNDS AS THEY WISH THE FUNDS IN MY SAVINGS ACCOUNT COME FROM MY FAMILY AND IT WAS NEVER SENT TO ME FOR N.D.O.C. TO SAVE FOR ME, THE SAVINGS SUPPOSE TO COME FROM INMATE'S WORKING (IN) AND (FOR) THE DEPARTMENT FROM STATE PAY ONLY NOT FAMILY FUNDS.

///
///
///
///
///
///

-1-

/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____
/// _____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS **3RD** DAY OF **APRiL**, 20 **15**.

_Horace C. Houston_
                              IN PROPRIA PERSONA
HoRAce C. HousTon    #78542
P.O. Box 1989
Ely, Nevada 89301-1989

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID ABBATT

      Plaintiff,

  vs.

STATE OF NEVADA
DEPARTMENT OF CORRECTIONS
      Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, David Abbott #81673 , HEREBY DECLARE:

FOR THE LAST SEVEN MONTHS IVE BEEN CHARGED FOR THE SAME MEDICAL CO-PAY $16°° DOLLARS A MONTH; ALSO I'VE BEEN CHARGED LEGAL POSTAGE FOR THE LAST 3 MONTHS. I AM BEING EXTORTED OUT OF MY MONEY BY N.D.O.C. AND FROM MY UNDERSTANDING THIS IS HAPPENING TO EVERY INMATE IN THE NEVADA SYSTEM.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___8___ DAY OF _April_____, 20_15_.

David R Abbott  #81673

IN PROPRIA PERSONA

David R Abbott      #81673

E.S.P.  Po BOX 1989

Ely, Nv, 89301

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT   LISENBEE

: Case No.:
:
         Plaintiff,                    : DECLARATION/AFFIDAVIT FOR CLASS
                                       : ACTION SUIT
    vs.                                :
                                       :
STATE OF NEVADA                        :
DEPARTMENT OF CORRECTIONS              :
         Defendant                     :

I, Robert Lisenbee #67221 , HEREBY DECLARE:

The Dept. of Corrections billed my inmate account $7,085.27 Seven Thousand Eighty-Five Dollars Twenty Seven Cents with out Producing any Proof of Receipt for the medical bills Accrued by another inmate due to a Physical Altercation I was Allegedly involved in. my account was billed April 1st 2011- I Have not been found Guilty by any Court of law for any Such incident nor ordered by any Court to Pay Such Restitution for Said amount to the Dept. of Corrections.

Also the Dept. of Corrections Has Held $200.00 of my money in a Savings Account for the full Legth for awhile I've Received no interest payments -

---
---
---
---
---
---
---
---
---
---
---
---
---
---
---
---
---
---
---
---

    I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT AS I HAVE WRITTEN IT TO BE.

    DATED THIS ___8th___ DAY OF ___April___, 20_15_.


_Robert Lisenbee_

_Robert Lisenbee_    IN PROPRIA PERSONA   #_67221_

_Ely State Prison_

_P.O. Box 1989_    _Ely, NV. 89301_

X

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACOB D. SANCHEZ              : Case No.:
                             :
          Plaintiff,         : DECLARATION/AFFIDAVIT FOR CLASS
                             : ACTION SUIT
     vs.                     :
                             :
STATE OF NEVADA              :
                             :
          Defendant          :
DEPARTMENT OF CORRECTIONS


I, JACOB D. SANCHEZ              , HEREBY DECLARE:

THAT I HAVE BEEN INCACERATED IN THE
NEVADA DEPARTMENT OF CORRECTIONS SINCE (2012),
AND I HAVE NOT SEEN ANY INTREST ON MY
INMATE SAVINGS FUND. I HAVE ALSO BEEN B DENIED
UPON MULTIPLE REQUEST TO MY MONEY THROUGH
(BANK OF AMERICA), AN AGENCY COVERED BY THE
F.D.I.C. I AM CHARGED ($8.00) EIGHT DALLORS
AND ZERO CENTS, FOR EVERY MEDICHAL REQUEST
THAT IS GARANTE TO SEE THE DOCTOR. WHEN THE
SHOULD BE PROVIDING FOR MEDICHAL. I HAVE NOT
SEEN ANY DOCUMENTATION FROM (BANK OF AME-
RICA) OR — INMATE ACCOUNTING — IN REGARDS TO
THE INTREST ON MY INMATE SAVINGS FUND
OF ($200.00) TWO HUNDRED DALLORS. I HAVE NOT
GRANTED PERMISSION TO N.D.O.C. TO SEIZE
MY PROPERTY IN REGARDS TO MY INMATE
SAVINGS FUND. FROM NON-STATE PAYING

EMPLOYEMENT.

I HEREBY REQUEST MY INTREST THAT IS COLLECTED UPON MY ($200⁰⁰) TWO HUNDRED DALLORS.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS EE 16 DAY OF FEBRUARY , 20 05 .

Jacob D. Sanchez
                    IN PROPRIA PERSONA
JACOB D. SANCHED    # 1031523

E.S.P

P.O. BOX 1989

ELY, NV. 89301 - 1989.

-2-

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

SIKIA SMITH ,
                    Plaintiff,          )
                                        )
-vs-                                    )       DECLARATION/AFFIDAVIT
                                        )
STATE OF NEVADA ,                       )       CLASS-ACTION SUIT
                    Defendant,          )
DEPARTMENT OF CORRECTIONS               )       CASE NO:_____

     I SIKIA SMITH . HEREBY DECLARE:

THAT I HAVE BEEN IN THE NEVADA DEPARTMENT OF
CORRECTIONS FOR OVER TEN (10) YEARS, AND THAT I HAVE
NOT SEEN "ANY" OF THE INTEREST FUNDS FROM MY SAVINGS
ACCOUNT; I BEEN DENIED ACCESS TO THE FUNDS THAT BELONG
TO ME THROUGH (BANK OF AMERICA) AN AGENCY COVERED BY THE
F.D.I.C. I'M BEING CHARGED FOR MEDICAL #8 DOLLARS
ON A VISIT OR MEDICATION— WHEN INMATE WELFARE FUNDS
" SHOULD NOT     BE PAYING FOR IT, I HAVE TO PURCHASE
CLOTHS, SHOES ETC. BY FAMILY OR EXCEPT SOMETHING FROM
ANOTHER INMATE BECAUSE, DEPARTMENT OF PRISONS OF
NEVADA WILL NOT ISSUE CLOTHS ACCORDING TO POLICY.
SOME TIMES I DON'T HAVE DEORDERANT TO WEAR OR SOAP TO
WASH WITH AND I CAN'T USE THE SMALL STATE BARS OF SOAP
BECAUSE I BRAKE OUT IN RASHES, THE STATE ISSUES THE
CHEAPEST COSMEDIC'S AND FOOD TO INMATES, AND WE
CAN'T GET NONE OF OUR FUNDS FROM OUR INTEREST TO LIVE
A LITTLE BETTER.
I NEVER GAVE THE NEVADA DEPARTMENT OF CORRECT-
IONS PERMISSION TO ORCHESTRATE MY INTEREST FROM MY
SAVINGS ACCOUNT, AND BEING A (WARD) OF THE STATE

1

AND THEREIN LEARNED THAT INTEREST EARNED ON MY INDIVIDUAL INMATE ACCOUNT WAS NOT BEING PLACED BACK INTO MY ACCOUNT AS REQUIRED PURSUANT TO NEVADA REVISED STATUTE NRS. 209.241 (3). I HAVE BEEN TRYING TO OBTAIN THE FUNDS FROM MY SAVING ACCOUNT ON THE INTEREST, WHICH IS NOT SHOWN ON MY MONTHLY STATEMENT EACH MONTH! I AM BEING DEPRIVED OF MY INTEREST RATE FUNDS NOW FOR OVER 10 YEARS AND, STILL TO THIS DATE THE NEVADA DEPARTMENT OF CORRECTIONS REFUSE TO TURNOVER, GIVE BACK THE INTEREST RATE FUNDS TO THE INMATES WHO HAS ESTABLISHED A SAVINGS ACCOUNT WITH THE DEPARTMENT OF PRISONS.

I AM SUFFERING FROM THE LOST/MISUSE OF MY FUNDS BY NEVADA DEPARTMENT OF CORRECTIONS; BY NOT BEING ABLE TO TAKE CARE OF PERSONAL HYGIENE - BY NOT BEING ABLE TO SUPPORT MY MEDICAL NEEDS - BY NOT BEING ABLE TO BUY SHOE'S/CLOTH'S ETC. GOING LONG PERIODS OF TIME WITH-OUT THE PRIVILEGE OF MAKING A PURCHASE WITH MY MONEY/FUNDS. THE GAIN OF INTEREST OFF AN INMATES FUNDS IS AN ASSET TO THE ACCOUNT HOLDER, NOT THE STATE OF NEVADA TO DO AS THEY PLEASE AND MISINFORM EVERYONE ELSE WITH ALTERED DOCUMENTS TO SHOW A SMOKE-SCREEN OF FALSIFIED USE OF INMATE INTEREST RATE FUNDS; WE ARE NOT SEEING A DIME OF THAT FUNDS CREATED BY THE INTEREST:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.          EXECUTED AT
_Sikia   Smith_____ . DATED THIS 13 DAY OF
_FEb_____ . 2010 .15

By: _Aika Smith_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Vincent Pindek #71896               ,
               **Plaintiff,**

-vs-

STATE OF NEVADA    ,
               **Defendant,**

DEPARTMENT OF CORRECTIONS

**DECLARATION/AFFIDAVIT**

**CLASS-ACTION SUIT**

**CASE NO:** _____

I Vincent Pindek #71896                . HEREBY DECLARE:

THAT I HAVE BEEN IN THE NEVADA DEPARTMENT OF
CORRECTIONS FOR OVER TEN (10) YEARS, AND THAT I HAVE
NOT SEEN "ANY" OF THE INTEREST FUNDS FROM MY SAVINGS
ACCOUNT; I BEEN DENIED ACCESS TO THE FUNDS THAT BELONG
TO ME THROUGH (BANK OF AMERICA) AN AGENCY COVERED BY THE
F.D.I.C. I'M BEING CHARGED FOR MEDICAL #8 DOLLARS
ON A VISIT OR MEDICATION- WHEN INMATE WELFARE FUNDS
" SHOULD NOT    BE PAYING FOR IT, I HAVE TO PURCHASE
CLOTHS, SHOES ETC. BY FAMILY OR EXCEPT SOMETHING FROM
ANOTHER INMATE BECAUSE, DEPARTMENT OF PRISONS OF
NEVADA WILL NOT ISSUE CLOTHS ACCORDING TO POLICY.
SOME TIMES I DON'T HAVE DEORDERANT TO WEAR OR SOAP TO
WASH WITH AND I CAN'T USE THE SMALL STATE BARS OF SOAP
BECAUSE I BRAKE OUT IN RASHES, THE STATE ISSUES THE
CHEAPEST COSMEDIC'S AND FOOD TO INMATES, AND WE
CAN'T GET NONE OF OUR FUNDS FROM OUR INTEREST TO LIVE
A LITTLE BETTER.
I NEVER GAVE THE NEVADA DEPARTMENT OF CORRECT-
IONS PERMISSION TO ORCHESTRATE MY INTEREST FROM MY
SAVINGS ACCOUNT, AND BEING A (WARD) OF THE STATE

1

AND THEREIN LEARNED THAT INTEREST EARNED ON MY
INDIVIDUAL INMATE ACCOUNT WAS NOT BEING PLACED
BACK INTO MY ACCOUNT AS REQUIRED PURSUANT TO NEVADA
REVISED STATUTE NRS. 209.241 (3). I HAVE BEEN TRYING
TO OBTAIN THE FUNDS FROM MY SAVING ACCOUNT ON THE
INTEREST, WHICH IS NOT SHOWN ON MY MONTHLY STATEMENT
EACH MONTH! I AM BEING DEPRIVED OF MY INTEREST RATE
FUNDS NOW FOR OVER 10 YEARS AND, STILL TO THIS DATE THE
NEVADA DEPARTMENT OF CORRECTIONS REFUSE TO TURNOVER,
GIVE BACK THE INTEREST RATE FUNDS TO THE INMATES WHO HAS
ESTABLISHED A SAVINGS ACCOUNT WITH THE DEPARTMENT
OF PRISONS.

I AM SUFFERING FROM THE LOST/MISUSE OF MY FUNDS BY
NEVADA DEPARTMENT OF CORRECTIONS; BY NOT BEING ABLE TO
TAKE CARE OF PERSONAL HYGIENE + BY NOT BEING ABLE TO
SUPPORT MY MEDICAL NEEDS - BY NOT BEING ~~ABLE~~ ABLE TO BUY
SHOES/CLOTH'S ETC. GOING LONG PERIODS OF TIME WITH-
OUT THE PRIVELEGE OF MAKING A PURCHASE WITH MY
MONEY/FUNDS. THE GAIN OF INTEREST OFF AN INMATES
FUNDS IS AN ASSET TO THE ACCOUNT HOLDER, NOT THE
STATE OF NEVADA TO DO AS THEY PLEASE AND MISINFORM
EVERYONE ELSE WITH ALTERED DOCUMENTS TO SHOW A
SMOKE-SCREEN OF FALSIFIED USE OF INMATE INTEREST
RATE FUNDS; WE ARE NOT SEEING A DIME OF THAT FUNDS
CREATED BY THE INTEREST:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.     EXECUTED AT**

ELY STATE PRISON _____ . DATED THIS 23 DAY OF

APRIL _____ . 2013

By: _____

# DECLARATION/AFFIDAVIT
## CLASS-ACTION SUIT

I MICHAEL LEON WILLIAMS, HEREBY DECLARE:

THAT: I BEEN A PRISONER AT NEVADA DEPARTMENT OF CORRECTIONS FOR OVER SIX (6) YEARS

THAT: INTEREST FROM MY SAVINGS ACCOUNT HAVE BEEN WITHHELD BY THE NEVADA DEPARTMENT OF PRISONS

THAT: I AM CHARGED EIGHT (8) DOLLARS FOR EACH REQUEST I MAKE TO SEE A DOCTOR

THAT: DISTRIBUTION OF CLOTHING ie; UNDERWEAR, PANTS, SHIRTS, SHOES, COATS ARE NOT PROVIDED AS PRESCRIBED

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.   EXECUTED AT ELY STATE PRISON . DATED THIS 8th DAY OF MAY . 2010.

By: Michael L. Williams

03/31/2013   22:13:25

NEVADA DEPARTMENT OF CORRECTIONS
Nevada Inmate Bank System

INMATE ACCOUNT STATEMENT
3/01/2013 - 3/31/2013

Page    2072

63077   WILLIAMS, MICHAEL L
SDCC:Southern Desert Correct. Ctr          Unit-Wing:   12-A   .   Cell-Bed:   3-G

**TRUST FUND              63077 WILLIAMS, MICHAEL L**

| Tran Date | D e s c r i p t i o n | C o m m e n t | Reference | Srv Date | Case No | Doc No | Pay | Offset | Tran Amt | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2013 | | Closing Balance | | | | | | | | .17 |

**SECOND TRUST FUND       63077 WILLIAMS, MICHAEL L**

| Tran Date | D e s c r i p t i o n | C o m m e n t | Reference | Srv Date | Case No | Doc No | Pay | Offset | Tran Amt | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2013 | | Closing Balance | | | | | | | | .00 |

**DEPARTMENT CHARGES FUND  63077 WILLIAMS, MICHAEL L**

| Tran Date | | D e s c r i p t i o n | C o m m e n t | Reference | Srv Date | Case No | Doc No | Pay | Offset | Tran Amt | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/01/2013 | | | Opening Balance | | | | | | | | 10,149.90- |
| 3/01/2013 | LS | LEGAL SUPPLIES | LEGAL SUPPLIES | 1937297 | 1/29/2013 | | 10000123983 | | 3763 | 4.16- | 10,154.06- |
| 3/07/2013 | MC | MEDICAL CHARGE-COPAY | Medical Charge | 2/11/13 | 2/11/2013 | | 10000123984 | | 3706 | 8.00- | 10,162.06- |
| 3/20/2013 | LP | LEGAL POSTAGE | LEGAL POSTAGE | 1940579 | 3/14/2013 | | 10000123983 | | 3763 | .46- | 10,162.52- |
| 3/22/2013 | LS | LEGAL SUPPLIES | LEGAL SUPPLIES | 1940335 | 2/22/2013 | | 10000123983 | | 3763 | 4.16- | 10,166.68- |
| 3/31/2013 | | | Closing Balance | | | | | | | | 10,166.68- |

**SECOND DEPT CHARGE FUND  63077 WILLIAMS, MICHAEL L**

| Tran Date | | D e s c r i p t i o n | C o m m e n t | Reference | Srv Date | Case No | Doc No | Pay | Offset | Tran Amt | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/01/2013 | | | Opening Balance | | | | | | | | 81.56- |
| 3/01/2013 | LC | LEGAL COPY | LEGAL COPIES | 1940374 | 2/22/2013 | | 10000123983 | | 3763 | 3.00- | 84.56- |
| 3/18/2013 | LC | LEGAL COPY | LEGAL COPIES | 1940464 | 3/05/2013 | | 10000123983 | | 3763 | .20- | 84.76- |
| 3/20/2013 | LC | LEGAL COPY | LEGAL COPIES | 1940465 | 3/05/2013 | | 10000123983 | | 3763 | .20- | 84.96- |
| 3/31/2013 | | | Closing Balance | | | | | | | | 84.96- |

**SAVINGS FUND            63077 WILLIAMS, MICHAEL L**

| Tran Date | D e s c r i p t i o n | C o m m e n t | Reference | Srv Date | Case No | Doc No | Pay | Offset | Tran Amt | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2013 | | Closing Balance | | | | | | | | .00 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

David Turner #1027534,

          Plaintiff,

-vs-

STATE OF NEVADA,

          Defendant,

DEPARTMENT OF CORRECTIONS

DECLARATION/AFFIDAVIT

CLASS-ACTION SUIT

CASE NO:_____

I David Turner #1027534. HEREBY DECLARE:

THAT I HAVE BEEN IN THE NEVADA DEPARTMENT OF CORRECTIONS FOR OVER TEN (10) YEARS, AND THAT I HAVE NOT SEEN "ANY" OF THE INTEREST FUNDS FROM MY SAVINGS ACCOUNT; I BEEN DENIED ACCESS TO THE FUNDS THAT BELONG TO ME THROUGH (BANK OF AMERICA) AN AGENCY COVERED BY THE F.D.I.C. I'M BEING CHARGED FOR MEDICAL #8 DOLLARS ON A VISIT OR MEDICATION- WHEN INMATE WELFARE FUNDS " SHOULD NOT BE PAYING FOR IT, I HAVE TO PURCHASE CLOTHS, SHOES ETC. BY FAMILY OR EXCEPT SOMETHING FROM ANOTHER INMATE BECAUSE, DEPARTMENT OF PRISONS OF NEVADA WILL NOT ISSUE CLOTHS ACCORDING TO POLICY. SOME TIMES I DON'T HAVE DEORDERANT TO WEAR OR SOAP TO WASH WITH AND I CAN'T USE THE SMALL STATE BARS OF SOAP BECAUSE I BRAKE OUT IN RASHES, THE STATE ISSUES THE CHEAPEST COSMEDIC'S AND FOOD TO INMATES, AND WE CAN'T GET NONE OF OUR FUNDS FROM OUR INTEREST TO LIVE A LITTLE BETTER.

I NEVER GAVE THE NEVADA DEPARTMENT OF CORRECT-IONS PERMISSION TO ORCHESTRATE MY INTEREST FROM MY SAVINGS ACCOUNT, AND BEING A (WARD) OF THE STATE

1

AND THEREIN LEARNED THAT INTEREST EARNED ON MY INDIVIDUAL INMATE ACCOUNT WAS NOT BEING PLACED BACK INTO MY ACCOUNT AS REQUIRED PURSUANT TO NEVADA REVISED STATUTE NRS. 209.241 (3). I HAVE BEEN TRYING TO OBTAIN THE FUNDS FROM MY SAVING ACCOUNT ON THE INTEREST, WHICH IS NOT SHOWN ON MY MONTHLY STATEMENT EACH MONTH! I AM BEING DEPRIVED OF MY INTEREST RATE FUNDS NOW FOR OVER 10 YEARS AND, STILL TO THIS DATE THE NEVADA DEPARTMENT OF CORRECTIONS REFUSE TO TURNOVER, GIVE BACK THE INTEREST RATE FUNDS TO THE INMATES WHO HAS ESTABLISHED A SAVINGS ACCOUNT WITH THE DEPARTMENT OF PRISONS.

I AM SUFFERING FROM THE LOST/MISUSE OF MY FUNDS BY NEVADA DEPARTMENT OF CORRECTIONS; BY NOT BEING ABLE TO TAKE CARE OF PERSONAL HYGIENE - BY NOT BEING ABLE TO SUPPORT MY MEDICAL NEEDS - BY NOT BEING ABLE TO BUY SHOE'S/CLOTH'S ETC. GOING LONG PERIODS OF TIME WITH-OUT THE PRIVILEGE OF MAKING A PURCHASE WITH MY MONEY/FUNDS. THE GAIN OF INTEREST OFF AN INMATES FUNDS IS AN ASSET TO THE ACCOUNT HOLDER, NOT THE STATE OF NEVADA TO DO AS THEY PLEASE AND MISINFORM EVERYONE ELSE WITH ALTERED DOCUMENTS TO SHOW A SMOKE-SCREEN OF FALSIFIED USE OF INMATE INTEREST RATE FUNDS; WE ARE NOT SEEING A DIME OF THAT FUNDS CREATED BY THE INTEREST:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.          EXECUTED AT
_____Ely State Prison_____. DATED THIS ___DAY OF
_____. 2010.

                              By: David Drum #1027534

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Aaron Daniels #83286,
                    Plaintiff,

-vs-

STATE OF NEVADA,
                    Defendant,

DEPARTMENT OF CORRECTIONS

**DECLARATION/AFFIDAVIT**

**CLASS-ACTION SUIT**

CASE NO:_____

I Aaron Daniels #83286. HEREBY DECLARE:

THAT I HAVE BEEN IN THE NEVADA DEPARTMENT OF CORRECTIONS FOR OVER TEN (10) YEARS, AND THAT I HAVE NOT SEEN "ANY" OF THE INTEREST FUNDS FROM MY SAVINGS ACCOUNT; I BEEN DENIED ACCESS TO THE FUNDS THAT BELONG TO ME THROUGH (BANK OF AMERICA) AN AGENCY COVERED BY THE F.D.I.C. I'M BEING CHARGED FOR MEDICAL #8 DOLLARS ON A VISIT OR MEDICATION— WHEN INMATE WELFARE FUNDS " SHOULD NOT _____ BE PAYING FOR IT, I HAVE TO PURCHASE CLOTH'S, SHOES ETC. BY FAMILY OR EXCEPT SOMETHING FROM ANOTHER INMATE BECAUSE, DEPARTMENT OF PRISONS OF NEVADA WILL NOT ISSUE CLOTH'S ACCORDING TO POLICY. SOME TIMES I DON'T HAVE DEORDERANT TO WEAR OR SOAP TO WASH WITH AND I CAN'T USE THE SMALL STATE BARS OF SOAP BECAUSE I BRAKE OUT IN RASHES, THE STATE ISSUES THE CHEAPEST COSMEDIC'S AND FOOD TO INMATES, AND WE CAN'T GET NONE OF OUR FUNDS FROM OUR INTEREST TO LIVE A LITTLE BETTER.

I NEVER GAVE THE NEVADA DEPARTMENT OF CORRECT-IONS PERMISSION TO ORCHESTRATE MY INTEREST FROM MY SAVINGS ACCOUNT, AND BEING A (WARD) OF THE STATE

1

AND THEREIN LEARNED THAT INTEREST EARNED ON MY INDIVIDUAL INMATE ACCOUNT WAS NOT BEING PLACED BACK INTO MY ACCOUNT AS REQUIRED PURSUANT TO NEVADA REVISED STATUTE NRS. 209.241 (3). I HAVE BEEN TRYING TO OBTAIN THE FUNDS FROM MY SAVING ACCOUNT ON THE INTEREST, WHICH IS NOT SHOWN ON MY MONTHLY STATEMENT EACH MONTH! I AM BEING DEPRIVED OF MY INTEREST RATE FUNDS NOW FOR OVER 10 YEARS AND, STILL TO THIS DATE THE NEVADA DEPARTMENT OF CORRECTIONS REFUSE TO TURNOVER, GIVE BACK THE INTEREST RATE FUNDS TO THE INMATES WHO HAS ESTABLISHED A SAVINGS ACCOUNT WITH THE DEPARTMENT OF PRISONS.

I AM SUFFERING FROM THE LOST/MISUSE OF MY FUNDS BY NEVADA DEPARTMENT OF CORRECTIONS; BY NOT BEING ABLE TO TAKE CARE OF PERSONAL HYGIENE + BY NOT BEING ABLE TO SUPPORT MY MEDICAL NEEDS - BY NOT ~~~~~~ BEING ABLE TO BUY SHOE'S/CLOTH'S ETC. GOING LONG PERIODS OF TIME WITH- OUT THE PRIVILEGE OF MAKING A PURCHASE WITH MY MONEY/FUNDS. THE GAIN OF INTEREST OFF AN INMATES FUNDS IS AN ASSET TO THE ACCOUNT HOLDER, NOT THE STATE OF NEVADA TO DO AS THEY PLEASE AND MISINFORM EVERYONE ELSE WITH ALTERED DOCUMENTS TO SHOW A SMOKE-SCREEN OF FALSIFIED USE OF INMATE INTEREST RATE FUNDS; WE ARE NOT SEEING A DIME OF THAT FUNDS CREATED BY THE INTEREST:

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.        EXECUTED AT
Ely State Prison                     . DATED THIS 22 DAY OF
April             . 2010.

By: _Aaron Daniels_ #83286

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOMONIC R. MALONE                : Case No.:
                                 :
          Plaintiff,             : DECLARATION/AFFIDAVIT FOR CLASS
                                 : ACTION SUIT
     vs.                         :
                                 :
STATE OF NEVADA                  :
DEPARTMENT OF CORRECTIONS        :
          Defendant              :
_____ :

I, DOMONIC RONALDO MALONE _____, HEREBY DECLARE:
THAT NDOC HAS BEEN EMBEZZLING MONEY FROM MY FAMILY
THROUGH MY INMATE ACCOUNT. I THEN FILED AN INFORMAL
GRIEVANCE # 20062980302 IN WHICH THE OFFICIAL RESPONSE
WAS: AR 258 (Inmate Fiscal Procedures) does not authorize
inmate to collect interest on their trust accounts.
Further, you signed a DOC 533 (Inmate Employment
Fiscal Agreement) in which you authorized such
deductions to your Trust Account and agreed that
you are subject to NDOC rules and regulations.
Grievance denied.
    By their (NDOC) own admission (Inmate Employ-
ment Fiscal Agreement) that they (NDOC) do not
have a right to deduct any money other than which
I recieve from being employd within (NDOC).
    At no time did I nor would I ever give
(NDOC) or any one else authorization to steal
money from my family/friends etc.

-1-

So, I'm demanding that justice is served. In which can be served by (NDOC) returning immediately all of the stolen money along with all the interest off the money that was stolen from the inmate accounts.

THIS IS STRICTLY ABOUT THE $200. IN MY SAVINGS ACCOUNT

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___6th___ DAY OF ___October___, 20_14_.

___Domonic R Malone___
                                    IN PROPRIA PERSONA
DOMONIC R. MALONE      # 69418

E.S.P.  P.O. Box 1989

Ely, NV. 89301

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN ALBAY | : Case No.: |
| | : |
| Plaintiff, | : DECLARATION/AFFIDAVIT FOR CLASS |
| | : ACTION SUIT |
| vs. | : |
| | : |
| STATE OF NEVADA | : |
| DEPARTMENT OF CORRECTIONS | : |
| Defendant | : |

I, _Jonathan Alday_____, HEREBY DECLARE:

Upon entering into the Nevada Department of Corrections I never agreed or did I sign any document allowing the Department of Corrections to take or use my personal property as they choose.

The Nevada Department of Corrections agreed to pay my Restitutions with the interest funds from my savings account but, when I wrote the courts about this matter – they refuse to send me any documentation showing that the department of Corrections has payed anything on my behalf.

When trying to obtain my funds from the interest or to just spend my savings because i need it for cosmetics cloths etc the Department of Correction's refuse to answer or deny me right out.

The money in my savings account is "Gift" money sent by Family members, which has been taxed by the Goverment – The Nevada Department of Corrections is using my interest Funds along with Ten (10) thousand other inmates to do what

-1-

they please without my permission or consent |
    The Department of Corrections is using "Maintenance"
fee as a result to take, steal, misure of funds for reasons
Not to give inmates the interest off their accounts (But)
they Don't show any maintanance fee on our monthly
Statements each month that is given to us

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.
DATED THIS ___June___ DAY OF ___2nd___, 20_13_.


_____
                IN PROPRIA PERSONA
Jonathon Alday        # 1066776
Ely State Prison
P.O. Box 1989, Ely, NV, 89301

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*ELOY PADILLA SALDANA*

   Plaintiff,

  vs.

*DEPARTMENT OF CORRECTIONS*

   Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, *ELOY PADILLA-SALDANA* , HEREBY DECLARE:

THAT THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS HAVE EX-
TORTED ME OUT OF MY MONEY ORDERING HOBBY CRAFT NEVER SENDING
THE MONEY TO THE VENDOR, BUT CHARGING ME $7.5° TO RECOVER IT.
I'VE ALSO BEEN IN PRISON 20 YEARS WITH $200 DOLLARS IN MY SAVING
ACCOUNT AND HAVE SEEN NONE OF THE INTEREST PROMISED TO
ME BY LAW. NDOC HAVE MISUSED MY FUNDS AND CHEATED
ME OUT OF THE MONEY OWE TO ME; VIOLATED MY RIGHTS TO
THE U.S. CONSTITUTION 4TH AND 5TH AMENDMENT.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _____8_____ DAY OF _____April_____, 20__15__.

*Eloy Padilla Saldana*
                      IN PROPRIA PERSONA
ELOY PADILLA SALDANA #54361
P.O. BOX 1989
ELY, NEVADA 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ARTHUR   SMITH                          : Case No.:
                                        :
            Plaintiff,                  : DECLARATION/AFFIDAVIT FOR CLASS
                                        : ACTION SUIT
      vs.                               :
                                        :
STATE OF NEVADA                         :
DEPARTMENT OF CORRECTIONS               :
            Defendant                   :
                                        :

      I, Arthur Smith _____, HEREBY DECLARE:

that i have not seen any of my interest off my savings
account that holds my 200 dollars, NDOC has lied to us
inmates about receiving our funds but refuse to show a
monthly report on all interest, each month we inmates
receive a monthly report of our account but there is no
mention of our interest - for 7 years i have had 200 in
my saving account and NDOC have been spending my
interest funds without my knowledge - consent or authority.
I never agreed or gave NDOC permission to do what they
want with my interest funds -
                        Remedy
      I want all my interest back thats owed to me re-
turned and compensated for the damages.

-1-

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___27th___ DAY OF ___April___, 20_15_.


_____
                        IN PROPRIA PERSONA
Arthur Smith          #35723
PO box 1989 E.S.P.
Ely, NV 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAQUILLE HAZELWOOD          : Case No.:
                             :
          Plaintiff,         : DECLARATION/AFFIDAVIT FOR CLASS
                             : ACTION SUIT
     vs.                     :
                             :
STATE OF NEVADA              :
DEPARTMENT OF CORRECTIONS    :
          Defendant          :
_____     :

     I, _Shaquille Hazelwood_____, HEREBY DECLARE:

I've been cooked up in the Nevada
department of corrections for five
years in here not got any interest
off of the $200.00 that was took
from me. my $200.00 is being held
in a bank that I can not go to
or spend any of the money.
I would like to be able to spend
the money off the interest of my
$200.00.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _2r7th_ DAY OF _April_, 20_15_.

_[signature]_

IN PROPRIA PERSONA

Shaquille Hatchwood # 1089558

P.O. Box 1989  Ely STATE prison

Ely N.V. 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Anthony Stiger

            Plaintiff,

   vs.

State of Nevada
Department of corrections

            Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:
:

I, _Anthony Stiger_____, HEREBY DECLARE:

I Have been incarcerated for over a year, and in my NDOC Savings accont, I Have been adding money to my "savings accont" Since then, and I have not seen any intrest at all. I was told that I am not allowed to use or spend any of my money, in that accont. I Know that there is intrest being collect and I have not recieved any intrest like I said. I am requesting the intrest in monthly or yearly instalments.

-1-

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _April 27th_ DAY OF _April_, 20 _15_.

_Anthony Stiger_

IN PROPRIA PERSONA

Anthony Stiger        #1115355

Ely State prison P.O. Box 1989

Ely, Nevada 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Juan Vaca                          : Case No.:
                                   :
    Plaintiff,         : DECLARATION/AFFIDAVIT FOR CLASS
                                   : ACTION SUIT
vs. state of Nevada                :
Department of collections          :
                                   :
    Defendant          :
_____            :

I, Juan Vaca , HEREBY DECLARE:

I have been incarcerated for over 3 years. I have a savings account that has been filled out since 2012, with $200 dollars. in my personal savings account with N.D.O.C. I have not seen any interest from my account owed back to me from N.D.O.C. I am being extorted out of my interest, and I don't give permission to use my interest as they see fit.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___27th___ DAY OF ___April___, 20_15_.

_____
IN PROPRIA PERSONA
Juan Vaca     #1083889
P.O. box 1989
Ely Nv, 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER SMITH

        Plaintiff,

   vs.

STATE OF NEVADA

        Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

I, _Christopher O. Smith_, HEREBY DECLARE:

I have been incarcerated for over 3 yrs. I have a savings account that has been full with $200.00 dollars in my personal savings account with N.D.O.C. I have not seen any interest from my account owed back to me from N.D.O.C. I am being extorted out of my interest, and I don't give permission to use my interest as they see fit.

-1-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

    DATED THIS __29th__ DAY OF __April__, 20_15_.

*Christopher O. Smith*

Christopher O. Smith #1105576   IN PROPRIA PERSONA

E. S. P  P. O. Box 1989

ELY, NV 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*MARSHALL GREENE*
        Plaintiff,

    vs.

*STATE OF NEVADA*
        Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:

   I, Marshall Greene , HEREBY DECLARE:

I Have Been incarcerated for over one year, I Have a savings Account that Have Been filled since 2014, with $200 Dollars in my Personal savings Account with N.D.O.C. I Have not seen any interest from my account owed back to me from N.D.O.C. I am Being extorted out of my interest, & I Dont give Permission To N.D.O.C. To use my interest as they see fit.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS __29__ DAY OF __April__, 20_15_.


Marshall Greene

IN PROPRIA PERSONA

Marshall Greene             # 1125257

P.O. Box 1989

Ely, NV  89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCUS  BUCHANAN                   : Case No.:
                                   :
          Plaintiff,               : DECLARATION/AFFIDAVIT FOR CLASS
                                   : ACTION SUIT
     vs.                           :
                                   :
STATE OF NEVADA                    :
DEPARTMENT OF CORRECTIONS          :
          Defendant                :
_____:


     I, Marcus Buchanan _____, HEREBY DECLARE:

I have been incarrerated for over 9 years, I
have a saving account that have been filled
since 2010 with 200$ dollars in my
personal savings account with NDOC I have
not seen any intrest from my account owed
back to me from NDOC, I am beeing
extorted out of my interest and I didnt
give permission to NDOC to use my
interest as they see fit.

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___29___ DAY OF ___April___, 20_15_.


_Marcus Buchanan_

IN PROPRIA PERSONA

Marcus Buchanan    #93613

P.O. Box 1989

Ely NV, 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GERALD OSBY                           : Case No.:
                                      :
            Plaintiff,                : DECLARATION/AFFIDAVIT FOR CLASS
                                      : ACTION SUIT
      vs.                             :
                                      :
STATE OF NEVADA                       :
DEPARTMENT OF CORRECTIONS             :
            Defendant                 :
_____      :


      I, GERALD OSBY                        , HEREBY DECLARE:

      I HAVE BEEN INCARCERATED FOR OVER 3 YEARS, I HAVE A SAVING

ACCOUNT THAT HAVE BEEN FILLED SINCE 2012, WITH $200 DOLLARS

IN MY PERSONAL SAVING ACCOUNT WITH NDOC, I HAVE NOT

SEEN ANY INTEREST FROM MY ACCOUNT OWED BACK TO ME FROM

NDOC. I AM BEING EXTORTED OUT OF MY FUNDS AND I

DIDN'T GIVE NDOC PERMISSION TO DO THIS.

_(blank lined page)_

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___28th___ DAY OF ___April___, 20_15_.


___Gerald Osby___
                    IN PROPRIA PERSONA
GERALD OSBY          #1087836
P.O. BOX 1989
ELY, NV 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RUNNDLEY DUCKSWORTH : Case No.:
                     :
        Plaintiff,   : DECLARATION/AFFIDAVIT FOR CLASS
                     : ACTION SUIT
     vs.             :
                     :
DEPARTMENT OF CORRECTIONS :
                     :
        Defendant    :
_____ :

I, Runndley Ducksworth , HEREBY DECLARE:
I have been incarcerated for over 23 years I have
a savings account, that has been filled since 1998,
with $200.00 in my personal savings account with
N.D.O.C. I have not seen any interest from my account,
owed back to me from N.D.O.C. I am being extorted
out of my interest and I did not give NDOC permission
to use the interest that is being made off of my savings.

-1-

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT AS I HAVE WRITTEN IT TO BE.

    DATED THIS ___1___ DAY OF ___June___, 20_15_.


Rundley Ductsworth
_____
                        IN PROPRIA PERSONA
Rundley Duchenott    #41371
_____
P.o. Box 1989
_____
Ely, State Prison
_____

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*TONY BROWN*

        Plaintiff,

    vs.

*DEPARTMENT OF CORRECTIONS*

        Defendant

: Case No.:
:
: DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
:
:
:
:
:
:
:

I, _____*TONY BROWN*_____, HEREBY DECLARE:

ACCORDING TO AR. 258 ▆▆▆ EACH AND EVERY INMATE IN THE STATE OF NEVADA WAS PROMISE INTEREST OFF THIER SAVINGS ACCOUNT. TO THIS DATE NOT ONE N.D.O.C INMATE HAS NOT SEEN THE FUNDS THAT IS OWE TO ME OR THEM. BEING THAT I AM A PLAINTIFF IN THIS CIVIL CLASS ACTION SUITE, I COMMENCE THAT NEVER GAVE N.D.O.C PERMISSION NOR THE AUTHORITY TO USE MY INTREST FROM MY SAVINGS ACCOUNT TO DO AS THE PLEASE. UNDER THE 5TH AMENDMENT : THE TAKING CLAUS IS FUNDALMENTALLY SOUND ALONG WITH THE 14TH AMENDMENT TO SAFE GUARD OUR CONSTITUTIONAL RIGHT AGAINST UN NECCESARY EVILS. I HAVE BEEN EXTORTED OUT OF MY FUNDS FOR A LONG PERIOD OF TIME AND THEREFOR, I'VE REQUESTED ON THREE(3) OCCASSIONS THROUGH OUT THE GREIVENCE PROCESS FOR N.D.O.C TO GIVE ME THE INTREST OWED TO ME ACCORDING TO NRS 209.241(A) AND AR 258 AND I HAVE BEEN DENIED EACH TIME

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS _____31_____ DAY OF _____MAY_____, 20_15_.

_Tony Ontia Brown_
IN PROPRIA PERSONA
TONY ONTIA BROWN  # 69493
P.O BOX 1989 (ELY STATE PRISON)
ELY, NEVADA. 89301

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOBBY THOMAS            : Case No.:
:
        Plaintiff,     : DECLARATION/AFFIDAVIT FOR CLASS
: ACTION SUIT
    vs.              :
:
DEPARTMENT OF CORRECTIONS   :
:
    Defendant     :
:

I,     BOBBY THOMAS     , HEREBY DECLARE:

ACCORDING TO A.R. 258 EACH AND EVERY INMATE IN THE STATE OF NEVADA WAS PROMISED INTREST ~~OFF~~ FROM THEIR SAVINGS ACCOUNT.

TO THIS DATE NOT ONE N.D.O.C. INMATE HAS ~~NOT~~ SEEN THE INTEREST ~~FUNDS~~ THAT IS OWED TO THEM.

BEING THAT I AM A PLAINTIFF IN THIS CIVIL CLASS ACTION SUIT. I COMMENCE THAT I NEVER GAVE N.D.O.C. THE PERMISSION NOR THE AUTHORITY TO USE MY ~~INTREST~~ INTEREST FROM MY SAVINGS ACCOUNT TO DO AS THEY PLEASE.

UNDER THE 5TH AMENDMENT: THE TAKINGS ~~CLAUSE~~ CLAUSE IS FUNDAMENTALLY SOUND ALONG WITH THE 14TH AMENDMENT TO SAFE GUARD OUR CONSTITUTIONAL RIGHTS AGAINST UN-NECESSARY EVILS.

I HAVE BEEN EXTORTED OUT OF MY FUNDS FOR A LONG PERIOD OF TIME AND THEREFORE I'VE REQUESTED ON THREE (3) OCCASSIONS THROUGHOUT THE GREIVENCE PROCESS FOR N.D.O.C. TO GIVE ME THE INTREST OWED TO ME ACCORDING TO N.R.S. 209.241 (A) AND A.R. 258 AND I HAVE BEEN DENIED EACH TIME.

-1-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AS I HAVE WRITTEN IT TO BE.

DATED THIS ___2nd___ DAY OF ___JUNE___, 20__15__.


_Bobby Thomas_
                    IN PROPRIA PERSONA
BOBBY THOMAS     # 16432
P.O. BOX 1981
ELY, NV 89301

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DELBERT M. GREENE, NELVIN WARE | | CASE NO. |
| JACOB SANCHEZ , AARON DANIELS | | |
| VINCENT PINDER , CARLOS RAVES | | |
| JONATHAN ALBAY , MICHEAL WILLIAMS | | OPEN CLASS ACTION SUIT |
| LAUSTEVENION JOHNSON, JUAN DIAZ | | CIVIL RIGHTS COMPLAINT |
| DAVID TURNER , JUAN VACA | | PURSUANT TO |
| CHRISTOPHER SMITH , SIKIA SMITH | | 42 U.S.C. § 1983 |
| DOMONIC MALONE , MARSHALL GREEN | | |
| MICHEAL McLAMORE, MARCUS BUCHANAN | | JURY TRIAL DEMANDED |
| ASHLEY BENNETT , HORACE HOUSTON | | |
| JOSEPH HENDERSON , DAVID ABBATI | | |
| ELOY SALDANA-PADILLA, ROBERT LISENBEE | | |
| THOMAS NEVILS , MARSHALL GREENE | | |
| SHAQILILLE HAZELWOOD,CHARLES SUMMERS | | |
| MARCUS BUCHANAN , ARTHUR SMITH | | |
| ANTHONY STIGER , TONY O. BROWN | | |
| TAIWAN ALLEN , RASHON K. KING | | |
| EUUMA IGBINOVIA , FRANK SMITH | | |
| PERRY HILL , MILTON ENNIS | | |
| RONALD OXENWROTH , JULIUS LUDWIG | | |
| CHARLES NELSON , BOBBY THOMAS | | |
| LIHAL MORRIS , JASON MATHIS | | |

PLAINTIFFS,

VS.

THE STATE OF NEVADA, DEPARTMENT OF
CORRECTIONS-DIRECTOR OF PRISONS
JAMES G. COX , JOHN DOE, JANE DOE,

DEFENDANT (S),

## A. JURISDICTION

1.) THIS COMPLAINT ALLEGES THAT THE CIVIL RIGHTS OF PLAINTIFFS LISTED ABOVE IN THIS "OPEN" CLASS ACTION al.et. WHO PRESENTLY RE-SIDES AT ELY STATE PRISON/SOUTHERN DESERT CORRECTIONAL CENTER/ HIGH DESERT STATE PRISON/NORTHERN NEVADA CORRECTIONAL CENTER/ AND ALL FACILITIES UNDER THE CARE-COSTUDY OF DEFENDANTS, WERE VIOLATED BY THE ACTIONS OF THE BELOW NAMED INDIUIDUALS WHICH WERE DIRECTED AGAINST PLAINTIFF'S AT STATE OF NEVADA DEPARTMENT OF CORRECTIONS. ON THE FOLLOWING DATES.

COUNT I EXTORTION/RACKETEERING                 1/1995

COUNT II LAUNDERING/RACKETEERING               1/1995

COUNT III EMBEZZLEMENT/RACKETEERING            1/1995

1A

**Make a copy of this page to provide the below
information if you are naming more that five (5) defendants.**

2)     Defendant *JAMES   COX*_____ resides at *39 W. RUSSELL Rd.*
                      (full name of first defendant)                         *LAS VEGAS, NV 89118*_____,
                                                                          (address of first defendant)

       and is employed as *DIRECTOR  OF  N.D.O.C.*___. This defendant is sued in his/her
                                (defendant's position and title, if any)

       $\times$ individual  $\times$ official capacity. (Check one or both).  Explain how this defendant was

       acting under color of law: *DEFENDANT  WAS  DIRECTOR  OF  NEVADA  DE-*

       *PARTMENT  OF  CORRECTIONS*_____.


3)     Defendant *JOHN  DOE*_____ resides at _____,
                      (full name of first defendant)                       (address of first defendant)

       and is employed as _____. This defendant is sued in his/her
                                (defendant's position and title, if any)

       $\times$ individual  $\times$ official capacity. (Check one or both).  Explain how this defendant was

       acting under color of law: _____

       _____.


4)     Defendant *JOHN  DOE*_____ resides at _____,
                      (full name of first defendant)                       (address of first defendant)

       and is employed as _____. This defendant is sued in his/her
                                (defendant's position and title, if any)

       $\times$ individual  $\times$ official capacity. (Check one or both).  Explain how this defendant was

       acting under color of law: _____

       _____.


5)     Defendant *JANE  DOE*_____ resides at _____,
                      (full name of first defendant)                       (address of first defendant)

       and is employed as _____. This defendant is sued in his/her
                                (defendant's position and title, if any)

       ___ individual  ___ official capacity. (Check one or both).  Explain how this defendant was

       acting under color of law: _____

       _____.


§1983-Form
eff. 1/97                                    2

6)    Defendant _____ resides at _____,
                    (full name of first defendant)                    (address of first defendant)

and is employed as _____. This defendant is sued in his/her
                    (defendant's position and title, if any)

____ individual ____ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: _____

_____

7)    Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish
      to assert jurisdiction under different or additional statutes, list them below.

      *(18 USCS 1951) (USCS 26 7201 OR 7206) (26 AM J2d EMBEZ ³31) (USC*
      *1956; 1957; 1952) (NRS 209.241-246-243 ETC) (INTERNAL*
      *REVENUE CODE OF 1986)*

      --------------------------------

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

      *ACCORDING TO N.D.O.C., EVERY INMATE SUPPOSE TO RE-*
      *CEIVE INTEREST BACK ON THEIR SAVING ACCOUNT DIRECTED TO*
      *THEIR TRUST ACCOUNT; N.D.O.C/DIRECTOR JAMES COX HAS*
      *BEEN WITH-HOLDING THE INTEREST THAT BELONGS TO THE*
      *INMATES. DIGUISING THE ACCOUNT IN DIFFERENT STATES AND*
      *NOT PROVIDING THE INMATES WITH INFORMATION ON THEIR*
      *SAVING ACCORDING TO NRS 209.241-243-246, GIVING THE*
      *INMATES A MONTHLY STATMENT THAT DO NOT PROVIDE THE*
      *INFO THEY SWORE THEY WERE GIVING TO US ALL, EVERY*
      *INMATE HAVE PROOF, THATS WHY THIS SUIT IS OPENED FOR*
      *ALL INMATES IN NEVADA. 20 YEARS OF LIES AND STEALING THE*
      *FUNDS OF INMATES INTEREST.*

      --------------------------------

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: _THE FIFTH(5) AMENDMENT UNDER THE TAKINGS CLAUSE OF JUST COMPENSATION/DEPRIVED OF PROPERTY AND BY N.D.O.C "EXTORTING/LAUNDERING/RACKETEERING OF INMATES FUNDS._

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

PLAINTIFF(S) BRINGS FORTH A VIOLATION OF THEIR CONSTITUTIONAL RIGHTS, WHEN PRISON OFFICIALS UNDER DIRECT ORDER OF JAMES COX THE DIRECTOR, ARE ILLEGALLY WITH-HOLDING THE INTEREST FROM INMATES TRUST SAVINGS ACCOUNT; IN ONE ACCOUNT AS A WHOLE TO GENERATE A LARGE AMOUNT OF CAPITAL THAT BELONGS TO THE INMATE(S).

ONCE AN INMATE RECIEVES MONEY FROM FAMILY-FRIENDS AND WORK ASSIGNMENTS ECT. A PERCENTAGE IS PLACED IN A PERSONAL BANKING ACCOUNT. THE INMATES TRUST SAVING ACCOUNT IS FORBID-DEN TO BE TOUCHED OR USED BY THE INMATE, UNLESS ITS FITTING FOR THE DEPARTMENT OF CORRECTIONS TO SAY SO!

UNDER THE 5TH AMENDMENT, ANY AND ALL PERSONAL PROPERTY SHALL NOT BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION. (NDOC) HAS TOOK CONTROL OF PERSONAL PROPERTY BELONGING TO [ALL] INMATES IN THE NEVADA DEPARTMENT OF CORRECTIONS WITHOUT JUST COMPENSATION TO THE INMATES BUT; NDOC HAS USED THIS INTEREST OF THE INMATES TO THEIR AVAIL STATING IT IS FOR THE MAINTANENCE FEE'S. REFUSING TO GIVE ANY AND ALL INMATE(S) A STATUS UP-DATE OF THE INTEREST ON THEIR FUNDS IN ONE ACCOUNT [BUT] ONLY GIVE INMATES A MONTHLY REPORT OF THEIR SPEND-ING AND WHAT THEY MIGHT BE MAKING AT THEIR JOB ASSIGNMENTS.

## "COUNT ONE"

DEFENDANTS HAVE BEEN USING INTEREST EARNED OFF OF PRISONERS PERSONAL SAVINGS FUNDS FOR PRISONERS RE-CREATION AND LAW LIBRARY EXPENSES SINCE (1981), WITHOUT THE PERMISSION OF THE INMATES ACCORDING TO THE FIFTH(5TH) AMENDMENT, "AND THE COST TO MAINTAIN THE ACCOUNT":

N.D.O.C. CONTENDS THAT ANNUAL AUDITS GAVE THE LEGISLATURES CONSTRUCTIVE NOTICE OF THIS PRACTICE, AND THAT THE LEGISLATURE ARE FAILURE TO OVER RULE THIS PRACTICE AND CONSTITUTES TACIT APPROVAL. HOWEVER; DEFENDANTS CITE NO AUTHORITY TO SUCH A TAKING, NOR, WAS THERE A WAIVER OF ANY APPROVAL BY THE INMATES. (TAKING CLAUSE 5TH AMENDMENT).

ACCORDING TO THE N.D.O.C. INMATE FISCAL PROCEDURES THE INMATES SAVINGS INTEREST WILL BE CALCULATED ON THE WEEKLY AVERAGE ACCOUNT BALANCE FROM THE INMATES TRUST, TRUST 2, AND SAVINGS ACCOUNT POR- TION OF THE INMATES ACCOUNTS IN THE INMATES PERSONAL PROPERTY FUNDS.

THE ABOVE SAID ACTIONS IS NOT TAKING PLACE ACCORDINGLY, AND WITH THE LACK OF ANY DOCUMENTATION-RECIEPTS-OR STATEMENTS BRINGS FORTH THE ISSUE OF "EXTORTION".

N.D.O.C. IS GAINING INTEREST OFF OF EVERY INMATES SAVINGS AC- COUNT/PERSONAL PROPERTY WITHOUT CONSENT FROM ANY INMATE, ALL THE WHILE N.D.O.C. IS SHOWING GOOD CAUSE ON FISCAL PROCEDURES.

PLACED IN EVERY UNIT IS A SUMMARY BUDGET REPORT STATUS REPORT INDICATING WHERE FUNDS ARE PLACED, BUT, ONCE AGAIN THERE IS NO MENTIONING OF OUR INTEREST/OF OUR SAVINGS INTEREST BUDGET.

IN MCINTYRE V. BAYER 339 F.3d 1097 (2003). THE COURTS OVERVIEW STATES: "THE COURT FOUND THAT THE TRANSFER OF INTEREST EARNED ON THE POOLED RESOURCES OF THE PRISONERS PROPERTY FUND DID EFFECT A TRANSFER OF THE INTEREST EARNED FROM THE PRISONERS TO THE STATE. WHATS NOT CLEAR ON THE RECORD WAS WHETHER THE INTEREST EARNED BY THE INMATES PRICIPAL WAS EXCEEDED BY HIS SHARE OF THE COSTS. OF ADMINISTERING THE PRISONERS PERSONAL PROPERTY FUNDS."

THIS INFORMATION WAS NEEDED IN ORDER TO DETERMINE WHETHER THE DIRECTOR HAD TAKEN THE INMATES INTEREST WITHOUT JUST COMPENSATION.

THE PLAINTIFF(S) UTILIZED THE NECESSARY GRIEVANCE PROCEDURES TO OBTAIN INFORMATION ON OUR SAVINGS ACCOUNT. TO OUR KNOWLEDGE ALL OUR FUNDS ARE IN ONE ACCOUNT ESTABLISHING A GREAT AMOUNT OF BUILD-UP INTEREST. WE THE PLAINTIFFS BELIEVE THAT N.D.O.C. IS (RACKETEERING-EXTORTING-MISSAPPROPRIATE USE OF INMATES FUNDS, BECAUSE N.D.O.C. HAS USED THE ASSISTANCE OF THREE (3)

DIFFERENT BANKINGS IN THREE DIFFERENT STATES; NEVADA-CALIFORNIA-MISSOURI; WITHOUT ANY STATUS REPORTS TO THE INMATES. WE BELIEVE THAT: (USC § 1956 LAUNDERING OF MONETARY INSTRUMENTS) IS IN VIOLATION OF THE INTERNAL REVENUE CODE OF 1986. [26 USCS 7201 OR 7206] THE TRANS-ACTIONS ARE CONCEALED OR DISGUISED FROM ALL INMATES AND THE NATURE OF LOCATION IS TRANSFORMED TO DIFFERENT STATES WITHIN THE UNITED STATES.

PLAINTIFFS ALLEGATIONS IS BASED OFF MATERIAL [FACTS] BEING THAT OUR MONTHLY STATMENTS ARE A BANKING & TRACT RECORD OF TRACEABLE FUNDS. THERE IS ABSOLUTELY NO MENTIONING OF OUR INTEREST FUNDS OR EVEN WHERE OR WHAT IT'S BEING USED FOR. "FACT"

N.D.O.C. DO NOT HAVE THE PERMISSION OF ANY INMATE, FOR N D O C TO USE, TRANSFER, OR DO AS THEY PLEASE WITH OUR PERSONAL PROPERTY ACCORDENCE WITH THE 5TH FIFTH AMENDMENT AND CASE LAW OF:

TELLIS V. GODINEZ, 5 F.3d 1314 (1992)

MCINTYRE V. BAYER, 339 F.3d 1097 (2003)

4B

## COUNT II

The following civil right has been violated: THE FIFTH (5) AMENDMENT UNDER THE TAKINGS CLAUSE OF JUST COMPENSATION/FOURTEETH (14) AMENDMENT DUE-PROCESS EQUAL PROTECTION OF THE LAWS, RACKETEERING/EMBEZZLE-MENT/LAUNDERING.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

THROUGHOUT THE ENTIRE N.D.O.C. SYSTEM, NOT ONE INMATE HAS SEEN NOR EXPERIENCED THE DIRECTOR CREDIT ANY INDIVIDUAL INMATE BACK THEIR INTEREST RATE FROM THE FUNDS IN THEIR (SAVINGS ACCOUNT) "ONE WHOLE ACCOUNT" AS A BODY OF INMATES IN THIS ONE ACCOUNT, N.D.O.C. OVER A ENTIRE SPAN OF 20 YEARS. THE DIRECTOR/N.D.O.C. HAS KEPT FROM EVERY INMATE FUNDS OWED TO THEM; BY WAY OF THIS STATUTE ACCORDING TO NRS 209.241 (a)

AS AN ENTIRE BODY OF PLAINTIFFS, THE COST OF ADMINISTERING THE INMATES PERSONAL PROPERTY FUND HAS NEVER BEEN GIVEN TO ANY INMATE AS PROMISED IN N.D.O.C.'s AR 258 QUARTERLY, SINCE THE BE-GINNING OF THIS RULE/ADMINISTRATIVE REGULATION AND THEREFORE; VIOLATES EVERY INMATES RIGHTS UNDER THE 5TH AND 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION, TO DEPRIVE THE BODY OF INMATES FROM THEIR PERSONAL PROPERTY WITHOUT DUE PROCESS OF THE LAW:

McINTYRE V. BAYER, 339 F.3d 1097 (9TH Cir 2003)

EACH OFFENDER AND ALL OFFENDERS AS A "WHOLE" BODY SHOULD HAVE ACCUMULATED A GREAT AMOUNT OF INTEREST IN ONE ENTIRE ACCOUNT, IN WHICH EVERY OFFENDER BEING RELEASED OR DIES SHOULD HAVE MORE THEN $200 DOLLARS IN THEIR SAVINGS ACCOUNT; BEING THAT N.D.O.C. HAS TRANSFERED THE ACCOUNT OF INMATES FUNDS TO THREE (3) DIFFERENT STATES/(3) DIFFERENT BANKS, THIS IS A

## "COUNT TWO"

VIOLATION OF 18 USCS 1951 THE HOBBS ACT: A RACKETEERING EFFECT UPON EACH INDIVIDUALS SAVINGS ACCOUNT BECAUSE, N.D.O.C. HAS HIDE THE BANKING RECORDS FROM ALL INMATES OVER A 20 YEAR PERIOD OF TIME AND FALSIFIED DOCUMENTS EACH MONTH TO EVERY INMATE IN THE STATE OF NEVADA WITH A MONTHLY REPORT THAT DON'T SHOW MAINTANCE FEE'S/ACTIVITY OF INTREST ACTS OF THE INMATES SAVINGS ACCOUNT! UNITED STATES V. CULBERT 98 S.CT 1112 (1978).

EACH INMATE/INDIVIDUAL THAT HAS FUNDS SENT TO US BY FAMILY AND FRIENDS GOE'S DIRECTLY TO A BANK IN MOUSSI TO BE PROCESSED FOR SCREENING ACCORDENCE TO F.D.I.C. WHEN AN AMOUNT OF MILLIONS OF DOLLARS IS HELD IN ACCOUNT FOR A PERIOD OF TIME, THE INTREST IS GENERATED AND HANDED BACK OVER TO THE ACCOUNT HOLDER: THAT HOLDER IS N.D.O.C. THERES A ACCURE TO THE MONEY OF EACH INMATE/INDIVIDUAL [BUT] WHEN $500 OR LESS FUNDS ARE BEING HELD IN A BANK FOR MULTIBLE YEARS THERE IS DEFINATELY AN ACCURE TO EVERY INMATES ACCOUNT.

THEREFORE; NOT ONE INMATE IS SEEING THE INTEREST OFF THEIR MONEY OVER THE PAST 20 YEARS THAT WAS PROMISSED TO THEM BY AR 258. WHICH IS EXTORTION: N.D.O.C. STATES THAT THEY ARE HOLDING EACH INMATES SAVING FUNDS IN A BANK BUT, DO NOT PROVIDE BANKING STATMENTS OF THE TRANSACTION. ONLY ONCE A YEAR SHOWING A "WHOLE ENTIRE BODY OF FUNDS" ONCE EVERY FICIAL YEAR, FROM A SUMMARY BUDGET STATUS REPORT, OFFENDERS STORE FUNDS & INMATE WELFARE ACCOUNT.

WHEN N.D.O.C/DIRECTOR COMBINED EVERY INMATES SAVINGS ACC-OUNT IN ONE ACCOUNT, THEY COLLECTED INTEREST AS A (WHOLE) FOR THE ENTIRE DEPARTMENT OF CORRECTIONS PRISONERS, MAKING THIS SUIT A CLASS-ACTION "OPEN" TO ALL INMATES, AND THEREFORE; EXTORTED THE INMATES IN-TEREST FUNDS INTO THE PERSONAL NEEDS OF N.D.O.C. USING INMATES FUNDS FOR THEIR OWN PERSONAL GAIN! WITHOUT THE CONSENT, KNOWLEDE PERMISSION OF ANY INMATE. NOT ONE INMATE WAS AWARE OF THE ACTIONS OF N.D.O.C/THE DIRECTORS INTENTIONS WHEN THEY TRANSFERED FUNDS TO THREE (3) DIFFERENT BANKS AND NEVER GAVE NOTICE TO THE PRISONERS OF NEVADA.

N.D.O.C CAN NOT GIVE A INMATE A SAVINGS ACCOUNT AND WITH-HOLD INFORMATION ON THAT ACCOUNT [PLUS] WE THE PLAINTIFFS NEVER AGREED TO ALLOW N.D.O.C TO SAVE OUR FUNDS IN A SAVINGS ACCOUNT THAT MUST BE ESTABLISHED ONCE AN INMATE ENTERS THE THRESHOLD OF N.D.O.C. IF NOT AGREED BY THE INMATES THEN N.D.O.C HAS AUTOMATICALLY COMMITTED RACKETEERING-EXTORTION-WITH THE INTENT TO EMBEZZLE AND LAUNDERING N.D.O.C. ALLOWED EACH INMATES U.S. CONSTITUTIONAL 5TH AMENDMENT RIGHT TOBE COME ACTIVE ONCE THEY ALLOWED US THE RIGHT TO OWN PROPERTY.

WE BELIEVE THAT: (USCS 1956 LAUNDERING OF MONETARY INSTRUMENTS) IS IN VIOLATION OF THE INTERNAL REVENUE CODE OF 1986 [26 USCS 7201 OR 7206] THE TRANSACTIONS ARE CONCEALED AND DIGUISED FROM ALL IN-MATES AND THE NATURE OF LOCATION IS TRANSFORMED TO DIFFERENT STATES WITHIN THE UNITED STATES.

THE HOBBS ACT (18 USCS 1951) ESTABLISHING THAT N.D.O.C VIOLATED EXPRESS TERMS OF ACT: UNITED STATES V. CULBERT, 435 US 371, 55 L Ed 2d 349, 98 S.CT 1112 (1978) RACKETEERING.

THE DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS IS THE EXECUTOR OF N.D.O.C. BAILEE-TRUSTEE-CARRIER PRIVATE PERSON OVER SEEL OF NEVADA INMATES PERSONAL ACCOUNTS DEALING WITH FUNDS OF EACH INDIVIDUAL DIRECTOR JAMES COX IS IN POSSESSION ACTING IN A FIDUCIARY CAPACITY OR CHARACTER, OF MONEY OR PROPERTY THAT HAS BEEN ENTRUSTED TO HIM BY THE STATE OF NEVADA "NOT" INMATES.

**COUNT III**

The following civil right has been violated: *THE FIFTH (5Th) AMENDMENT UNDER TAKINGS CLAUSE OF JUST COMPENSATION/FOURTEENTH (14Th) AMENDMENT DUE-PROCESS EQUAL PROTECTION OF THE LAWS; RACKETEERING/EXTORTION*

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

PLAINTIFFS BRINGS FORTH A 5TH & 14TH AMENDMENT VIOLATION, WHERE THE DIRECTOR IS USING ADMINISTRATIVE REGULATION 258 TO CONTROL AND TAKE PERSONAL RESPONSIBILITY OF INMATES FUNDS USING THE AUTHORITY OF NRS 209 — ECT.!

THE OFFENSE OF EMBEZZLEMENT COMMITTED BY ONE IN POSSESSION OF THE CONVERTED OR MISAPPROPRIATED PROPERTY/MONEY AS BAILEE.

DIRECTOR, JAMES COX IS ACTING BAILEE FOR NDOC INMATES AND GIVEN HIM SOLE AUTHORITY OVER THE INTEREST FUNDS OF ALL INMATES AND HAS EMBEZZLED AND CONVERTED TO HIS OWN PERSONAL USE OF PLAINTIFFS PERSONAL PROPERTY. THIS IS A STATUTORY OFFENSE OF FRAUDULENT MISAPPROPRIATION AND CONVERSION BY AN AGENT OF THE STATE OF NEVADA THAT HAS BEEN ENTRUSTED IN HIM, WHO HAS BEEN TRIFFLING FUNDS WITH THE INTENT OF EMBEZZLEMENT OF EVERY INMATES PERSONAL SAVINGS ACCOUNT. THE NEV. REV. STAT 209.241 (1)(1995) STATES "THAT INMATES ARE ENTITLED TO MAKE WITHDRAWAL FROM THERE TRUST ACCOUNTS FOR PERSONAL NEEDS, AND CAN ALSO SEND CHECKS OUTSIDE THE PRISON THAT ARE DRAWN ON SUCH ACCOUNTS." ON THE OTHER HAND, THE STATE IS REQUIRED TO KEEP A FULL AND ACCURATE ACCOUNT OF INMATES MONEY, WITH THAT BEING SAID, THERE IS NO RECORD OF THE USE OR WHERE.

------------------------------------------------

## "COUNT THREE"

OUR MONEY IS BEING HELD. THERE IS NO INDICATION ON HOW MUCH INTEREST IS BEING BUILT – NEITHER HAS ANY INTEREST WAGES BEEN SENT TO OUR TRUST ACCOUNT AS REQUIRED BY (NRS 209.241–243–246) WHEN CON-SIDERING PRISON ACCOUNTS. THE INTEREST INCOME GENERATED BY THE ACCOUNTS CONSTITUTES A PROPERTY INTEREST AND SUFFICIENTLY WITHHOLDS THE 5TH AMENDMENT.

THE TAKINGS CLAUSE IS FUNDALMENTALLY SOUND ALONG WITH THE 14TH AMENDMENT TO SAFE GUARD OUR CONSTITUTIONAL RIGHTS AGAINST UN-NECESSARY EVILS.

THE HOBBS ACT (18 USCS 1951) ESTABLISHING THAT N.D.O.C. HAS VIOLATED EXPRESSED TERMS OF ACT: BY USING A BODY OF INMATES FUNDS TO DO WHAT THEY WANT WITH IT, DISREGARDING THE TRUST IN THEM IN OFFICIAL OFFICE! UNITED STATES V. CULBERT, 435 US 371. 55 LED 2D 349, 98 S.CT 1112 (1978) RACKETEERING.

CIVIL COMPLAINT WILL BE AMENDED AT A LATER DATE!

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ___ Yes   _X_ No.  If your answer is "Yes", describe each lawsuit.
(If more than one,  describe the others on an additional page following the below outline).

    a)    Defendants: _____

    b)    Name of court and docket number: _____

    c)    Disposition (for example, was the case dismissed, appealed or is it still pending?):

        _____

    d)    Issues raised: _____

        _____

        _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to**

**be frivolous, malicious, or failed to state a claim upon which relief could be granted?**

___ Yes  _X_ No.  If your answer is "Yes", describe each lawsuit. (If you have had more than

three  actions dismissed based on the above reasons,  describe the others on an additional

page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

    b)    Name of court and case number: _____.

    c)    The case was dismissed because it was found to be  (check one):  ___ frivolous
        ___ malicious  or  ___ failed to state a claim upon which relief could be granted.

    d)    Issues raised: _____

        _____.

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ____ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _ELY STATE PRISON_____.

Response to grievance: _MAINTANANCE FEES DO NOT ALLOW US TO RECEIVE ANY INTEREST BACK ON OUR ACCOUNT; SOME PEOPLE WAS TOLD "NO" THEY CAN'T HAVE IT — THIS IS A CLASS—ACTION OPEN LAW SUIT FOR ALL NEVADA PRISONERS_____

-------------------------------------------------

§1983-Form
eff. 1/97

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1.) ALL COURT COST: THE FILING OF THIS COMPLAINT AND DOCUMENTS HEREINAFTER THIS CASE DEEMED NECESSARY BY THE COURT.

2.) ALL ATTORNEY FEE'S SURROUNDING MOTIONS, DOCUMENTS, INVESTIGATIONS, MISCELL-ANEOUS SPENDING IN COPY WORK ETC.

3.) FOR ALL PRISONERS TO BE ABLE TO SPEND THEIR SAVING FOR NECESSARY NEEDS TO SUPPORT THEMSELVES BECAUSE N.D.O.C. DON'T FULFILL THEIR OBLIGATIONS, AS A WARD OF INMATES ACCORDING TO LAW:

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

DELBERT M. GREENE (AND) PLAINTIFFS
(Name of person who prepared or helped
prepare this complaint if not Plaintiff )

(Signature of Plaintiff)

4 / 30 / 2015
(Date)

------------------------------------------------
(Additional space if needed; identify what is being continued)

4) PECUNARY COMPENSATION: FOR SUFFERING UNLAWFUL ACTS OR OMISSION OR NEGLIGENCE: #500,000 THOUSAND DOLLARS.

5) TO RESTRUCTURE THE LAW TO FIT THE NEEDS OF SECURING ALL INMATES FUNDS WHILE UNDER THE AUTHORITY OF N.D.O.C. SO THIS WONT HAPPEN AGAIN.

6) NOMINAL DAMAGES: FOR THE TECHNICAL INVASION OF INMATES RIGHTS AND THE BREACH OF AR 258: #1,000,000 MILLION DOLLARS.

7) PUNITIVE DAMAGES: FOR OPPRESSION-MALICE-FRAUD-FALSIFING DOCUMENTS-CONSTITUTIONAL VIOLATIONS— 20 YEARS OF CONTINUOUS DECEIT AND OVER CHARGING FOR PERSONAL GAIN: #100,000,000 MILLION DOLLARS

THIS LAW SUIT IS SUBJECT TO CHANGE TO ENSURE THE INMATES OF NEVADA THAT WE WILL RECEIVE FAIRNESS AND THE RIGHT REPRESENTATION OF EQUAL PROTECTION OF THE LAW.

Class-Action suit on the interest Rate of inmates personal savings funds
Extortion/Embezzlement/Racketeering and money Laundering.

1. Delbert Greene
2. aaron Daniels
3. Carlos S. Reyes
4. Vincent Pinder
5. Jonathan Albay
6. David Turner
7. micheal Williams
8. Lausteveion Johnson
9. Juan Diaz
10. Sikia Smith
11. Domonic malone
12. melvin ware
13. Jacob Sanchez
14. Horace C. Houston
15. Eloy Padilla-Saldana
16. David abbatt
17. Robert lisenbee
18. Thomas nevius
19. Bashan Kalani-Kai King
20. Taiwan allen
21. Tony O. Brown
22. anthony stiger
23. marcus Buchanan
24. Juan vaca
25. Joseph Henderson
26. arthur smith
27. Shaqilille Hazelwood
28. ashley Dennett
29. charles summers
30. michael mclemore
31. christopher Smith
32. MARSHALL GREENE
33. ENOMA IGBINOVIA        56141
34. FRANK SMITH           1037349
35. PERRY HILL.            89679
36. RONALD DUCKSWORTH
37. MILTON ENNIS          94402
38. JULIUS LUDWIG        1045653

A. BOBBY THOMAS
40. LINAL MORRIS        1112732
41. CHARLES NELSON
42. JASON MATHIS
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.
62.
63.
64.
65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.
76.

DELBERT M. GREENE #78774
ELY STATE PRISON (ESP)
POST OFFICE BOX 1989
ELY, NEVADA 89301

LEGAL MAIL CONFIDENTIAL —

Clerk U.S
District
333 Las Vegas
Las Vegas